**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GINA MCINTOSH, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>            v.<br><br>KATAPULT HOLDINGS, INC., LEE EINBINDER, HOWARD KURZ, ORLANDO ZAYAS, and KARISSA CUPITO,<br><br>                         Defendants. | Civil Action No. 1:21-cv-07251 |

**MOVANT MATIS NAYMAN'S REPLY MEMORANDUM OF LAW IN FURTHER**
**SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

Movant Matis Nayman respectfully submits this reply in response to the notices of non-opposition to his motion for appointment as lead plaintiff.  Six other motions seeking appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") were initially filed before this Court.[1]  The PSLRA "directs a court to choose the 'most adequate plaintiff' to represent the class. The PSLRA creates a presumption that the plaintiff with the largest financial interest and who otherwise satisfies the requirements of Rule 23, Fed. R. Civ. P., should serve as the lead plaintiff." *In re WorldCom, Inc. Sec. Litig.*, 219 F.R.D. 267, 282 (S.D.N.Y. 2003) (citing 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I)).

On November 2, 2021, movant Kamen Hadjiivanov filed a Notice of Withdrawal of his Motions to Appoint Counsel and to Appoint Kamen Hadjiivanov to Serve as Lead Plaintiff(s). Dkt. No. 28.  On November 3, 2021, the Court entered an Order Withdrawing Movant Hadjiivanov's motion.  Dkt. No. 29.  On November 8, 2021, movant Felipe de Castro Luna filed a Notice of Non-Opposition to the Motions for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  Dkt. No. 30.  On November 9, 2021, movants William Bloomfield (Dkt. No. 31), Devang Patel (Dkt. No. 33), and Buford Tuttle Capital, LLC (Dkt. No. 34) similarly filed Notices of Non-Opposition.

In short, Movant Nayman is unaware of any opposition to his motion.[2]  Consequently, Movant Nayman respectfully submits that the Court should grant the motion to be appointed lead plaintiff and approve his selection of counsel.  Movant also respectfully submits that oral argument on the pending motions is unnecessary in light of all movants' submissions to date.

---

[1] *See* Dkt. No. 5 (Devang Patel); Dkt. No. 8 (William Bloomfield); Dkt. No. 12 (Kamen Hadjiivanov); Dkt. No. 15 (Buford Tuttle Capital, LLC); Dkt. No. 20 (Ming Xing Zhang); & Dkt. No. 24 (Felipe de Castro Luna).

[2] While Movant Zhang has not technically withdrawn his/her motion (Dkt. No. 20), Movant Zhang did not file an opposition brief and therefore has not opposed Nayman's status as the "most adequate plaintiff," nor his appointment as lead plaintiff.

DATED:  November 16, 2021                 Respectfully submitted,


                                          /s/ Matthew M. Guiney

                                          MATTHEW M. GUINEY
                                          guiney@whafh.com
                                          PATRICK DONOVAN
                                          donovan@whafh.com
                                          **WOLF HALDENSTEIN ADLER
                                          FREEMAN & HERZ LLP**
                                          270 Madison Avenue
                                          New York, New York 10016
                                          (212) 545-4600
                                          Fax: (212) 686-0114

                                          *Proposed Lead Counsel and Counsel for Movant
                                          Matis Nayman*