UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GINA McINTOSH, MATIS NAYMAN and FELIPE DE CASTRO LUNA, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

KATAPULT HOLDINGS, INC., LEE EINBINDER, HOWARD KURZ, ORLANDO ZAYAS, KARISSA CUPITO, and DEREK MEDLIN,

Defendants.

Case No. 1:21-cv-07251-JPO

---

**DECLARATION OF BRIAN M. FRENCH IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Brian M. French, state as follows:

1.    I am an attorney with the law firm Cooley LLP and counsel for Defendants Katapult Holdings, Inc. ("Katapult"), Lee Einbinder, Howard Kurz, Orlando Zayas, Karissa Cupito, and Derek Medlin in the above-captioned litigation. I respectfully submit this declaration in support of Defendants' Motion to Dismiss. I have personal knowledge of the following and, if called as a witness, would testify competently thereto.

2.    **Exhibit 1**[1] is a true and correct copy of a Rule 424(b)(3) prospectus and proxy statement filed by FinServ Acquisition Corporation ("FinServ") with the U.S. Securities and Exchange Commission ("SEC") on May 18, 2021, which is incorporated by reference into

---

[1] Exhibits are excerpted where appropriate to facilitate the Court's review. All SEC filings are publicly available at https://www.sec.gov/edgar.

Plaintiffs' Amended Complaint for Violations of the Federal Securities Laws ("AC") at ¶¶ 14, 17, 71-73, 176-183.

3.    **Exhibit 2** is a true and correct copy of FinServ's Form 8-K filed with the SEC on December 18, 2020, which attaches a press release that is incorporated by reference into the AC at ¶¶ 7, 59, and a presentation that is incorporated by reference into the AC at ¶ 60.

4.    **Exhibit 3** is a true and correct excerpted copy of Katapult's Form 10-K filed with the SEC on March 15, 2022.

5.    **Exhibit 4** is a true and correct copy of FinServ's Form 425 filed with the SEC on March 2, 2021, which includes an article from BusinessInsider.com dated March 1, 2021.

6.    **Exhibit 5** is a true and correct excerpted copy of a Form 10-Q filed by Affirm Holdings, Inc with the SEC on February 17, 2021.

7.    **Exhibit 6** is a true and correct copy of FinServ's Form 8-K filed with the SEC on April 21, 2021, which attaches a presentation that is incorporated by reference into the AC at ¶¶ 65-66.

8.    **Exhibit 7** is a true and correct copy of a Form 8-K filed by Amazon.com ("Amazon") with the SEC on April 29, 2021, which attaches Amazon's press release dated April 29, 2021.

9.    **Exhibit 8** is a true and correct copy of a Form 8-K filed by Wayfair, Inc. ("Wayfair") with the SEC on May 6, 2021, which attaches Wayfair's press release dated May 6, 2021.

10.    **Exhibit 9** is a true and correct copy of Katapult's Form 8-K filed with the SEC on June 15, 2021, which attaches a press release that is incorporated by reference into the AC at ¶¶ 77-78.

2

11.    **Exhibit 10** is a true and correct copy of the transcript of Katapult's June 15, 2021 investor conference call, which is incorporated by reference into the AC at ¶¶ 80-81 and is publicly available, for a fee, at spglobal.com/marketintelligence.

12.    **Exhibit 11** is a true and correct copy of an article titled "Amazon Pandemic Bump Fades as Vaccinated Shoppers Leave Home," dated July 29, 2021. It is publicly available at https://www.bloomberg.com/news/articles/2021-07-29/amazon-projects-sales-short-of-estimates-on-slowing-e-commerce.

13.    **Exhibit 12** is a true and correct copy of Wayfair's Form 8-K filed with the SEC on August 5, 2021, which attaches Wayfair's press release dated August 5, 2021.

14.    **Exhibit 13** is a true and correct copy of the transcript of Wayfair's August 5, 2021 investor conference call, which is publicly available at https://investor.wayfair.com/reporting/quarterly-results/.

15.    **Exhibit 14** is a true and correct copy of Katapult's Form 8-K filed with the SEC on August 10, 2021, which attaches a press release that is incorporated by reference at ¶ 83, and the transcript of Katapult's August 10, 2021 investor conference call that is incorporated by reference at ¶¶ 85, 88, 90, 92-97.

16.    **Exhibit 15** is a true and correct copy of an article titled "Affirm's new platform integrates multiple pay-over-time options," dated November 11, 2019. It is publicly available at https://www.affirm.com/business/blog/affirm-s-new-platform-integrates-multiple-pay-over-time-options.

17.    **Exhibit 16** is a true and correct copy of an article titled "Katapult: Blistering Growth and Profits on Sale in a Huge, Untapped Market," dated June 9, 2021. It is publicly

available    at    https://seekingalpha.com/article/4433875-katapult-stock-blistering-growth-and-profits-on-sale-in-huge-untapped-market.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on September 23, 2022 in New York, New York.

*/s/ Brian M. French*
Brian M. French