# EXHIBIT 3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 10-K

**Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended **December 31, 2021**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission file number 001-39116**

# Katapult Holdings, Inc.

**(Exact name of registrant as specified in its charter)**

| **Delaware** | **81-4424170** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **5204 Tennyson Parkway, Suite 500 Plano, TX** | **75024** |
| (Address of principal executive offices) | (Zip Code) |

**(833) 528-2785**
Registrant's telephone number, including area code

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.0001 per share | **KPLT** | The Nasdaq Stock Market LLC |
| Redeemable Warrants | **KPLTW** | The Nasdaq Stock Market LLC |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act.

Yes ☐ No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.     Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☒ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.     Yes ☐ No ☒

1

We conduct our business within one business segment, which is defined as providing lease payment options to consumers for the purchase of durable goods from e-commerce partners. Our operations are aggregated into a single reportable operating segment based upon similar economic and operating characteristics as well as similar markets.

**Key Performance Metrics**

We regularly review several metrics, including the following key metrics, to evaluate our business, measure our performance, identify trends affecting our business, formulate financial projections and make strategic decisions, which may also be useful to an investor.

*Gross Originations*

We measure gross originations to assess the growth trajectory and overall size of our lease portfolio. There is a direct correlation between gross origination growth and revenue growth. We define gross originations as the retail price of the merchandise associated with lease-purchase agreements entered into during the period through our platform. Gross originations do not represent revenue earned. However, we believe this is a useful operating metric for both the Company and investors to use in assessing the volume of transactions that take place on our platforms.

The following table presents gross originations for the years ended December 31, 2021 and 2020, respectively:

| (in thousands) | Years ended December 31, | | | 2021 - 2020 Change | | 2020 - 2019 Change | |
|---|---|---|---|---|---|---|---|
| | **2021** | **2020** | **2019** | **$** | **%** | **$** | **%** |
| Gross Originations | $ 247,964 | $ 236,368 | $ 102,545 | $ 11,596 | 4.9 % | $ 133,823 | 130.5 % |

Wayfair represented 63%, 70% , and 60% of gross origination during the years ended December 31, 2021, 2020 and 2019, respectively.

Gross originations have increased as a result of the addition of new merchant partners, government stimulus, and a continued shift of consumer spending online. The growth of gross originations from customers, excluding Wayfair, year-over-year was 29.9%.

*Total Revenue and Bad Debt Recoveries*

Total revenue represents the sum of rental revenue, other revenue, and service fees. Bad debt recoveries represent customer payments for receivables that had previously been written off. Bad debt recoveries represent a reduction to bad debt expense in the period in which they are collected. We measure these metrics to assess the total view of paythrough performance of our customers. We believe looking at these components of our consolidated financial statements is useful to an investor as it helps to understand the total payment performance of customers.

The following tables present total revenue and bad debt recoveries for the years ended December 31, 2021 and 2020, respectively:

| (in thousands) | Years ended December 31, | | |
|---|---|---|---|
| | **2021** | **2020** | **2019** |
| Total revenue | $ 303,113 | $ 247,200 | $ 91,877 |
| Bad debt recoveries [1] | $ 6,069 | $ 3,465 | $ 1,499 |

[1] Bad debt recoveries represent 21%, 22%, and 16% of total bad debt expense for the years ended December 31, 2021, 2020 and 2019, respectively.

for U.S. GAAP metrics such as gross profit, operating income, net income, or any other performance measures derived in accordance with U.S. GAAP and may not be comparable to similar measures used by other companies.

Adjusted gross profit represents gross profit less variable operating expenses, which are servicing costs, underwriting fees, and bad debt expense. We believe that adjusted gross profit provides a meaningful understanding of one aspect of our performance specifically attributable to total revenue and the variable costs associated with total revenue.

Adjusted EBITDA is a non-GAAP financial measure that is defined as net income (loss) before interest expense and other fees, change in fair value of warrant liability, (provision) benefit for income taxes, depreciation and amortization on property and equipment, impairment of leased assets, stock-based compensation expense, and transaction costs associated with the Merger. Adjusted net income is a non-GAAP financial measure that is defined as net (loss) income before change in fair value of warrant liability, stock-based compensation expense and transaction costs associated with the Merger.

Adjusted gross profit and adjusted EBITDA are useful to an investor in evaluating our performance because these measures:

- Are widely used to measure a company's operating performance;
- Are financial measurements that are used by rating agencies, lenders and other parties to evaluate our credit worthiness; and
- Are used by our management for various purposes, including as measures of performance and as a basis for strategic planning and forecasting.

The following table presents gross profit and adjusted gross profit for the year ended December 31, 2021, 2020 and 2019:

| (in thousands) | Years Ended December 31, | | | 2021-2020 Change | | 2020-2019 Change | |
|---|---|---|---|---|---|---|---|
| | 2021 | 2020 | 2019 | $ | % | $ | % |
| Total revenue | $ 303,113 | $ 247,200 | $ 91,877 | $ 55,913 | 22.6 % | $ 155,323 | 169.1 % |
| Cost of revenue | 214,124 | 167,412 | 71,220 | 46,712 | 27.9 % | 96,192 | 135.1 % |
| Gross profit | 88,989 | 79,788 | 20,657 | 9,201 | 11.5 % | 59,131 | 286.3 % |
| Less: | | | | | | | |
| Servicing costs | 4,737 | 4,077 | 2,934 | 660 | 16.2 % | 1,143 | 39.0 % |
| Underwriting fees | 1,876 | 2,344 | 2,562 | (468) | (20.0)% | (218) | (8.5)% |
| Bad debt expense | 28,299 | 16,064 | 9,163 | 12,235 | 76.2 % | 6,901 | 75.3 % |
| Adjusted gross profit | $ 54,077 | $ 57,303 | $ 5,998 | $ (3,226) | (5.6)% | $ 51,305 | 855.4 % |

The reconciliations of net income (loss) to adjusted EBITDA for the years ended December 31, 2021, 2020 and 2019 are as follows:

53

3

| (in thousands) | Years Ended December 31, | | | 2021-2020 Change | | 2020-2019 Change | |
|---|---|---|---|---|---|---|---|
| | 2021 | 2020 | 2019 | $ | % | $ | % |
| Net income (loss) | $ 21,206 | $ 22,531 | $ (18,792) | $ (1,325) | (5.9)% | $ 41,323 | (219.9)% |
| Add back: | | | | | | | |
| Interest expense and other fees | 16,485 | 13,588 | 8,577 | 2,897 | 21.3 % | 5,011 | 58.4 % |
| Loss on extinguishment of debt | — | 402 | 823 | (402) | (100.0)% | (421) | (51.2)% |
| Change in fair value of warrant liability | (36,573) | (102) | — | (36,471) | NM | (102) | NM |
| Provision for income taxes | 539 | 487 | — | 52 | 10.7 % | 487 | NM |
| Depreciation and amortization on property and equipment | 321 | 83 | 65 | 238 | 286.7 % | 18 | 27.7 % |
| Impairment of leased assets | (1,490) | 1,433 | 4,119 | (2,923) | (204.0)% | (2,686) | (65.2)% |
| Stock-based compensation expense [1] | 13,476 | 351 | 315 | 13,125 | NM | 36 | 11.4 % |
| Transaction costs associated with the Merger [2] | 3,350 | 1,040 | — | 2,310 | 222.1 % | 1,040 | NM |
| Legal fees associated with investor transactions [3] | — | 362 | — | (362) | (100.0)% | 362 | NM |
| Adjusted EBITDA | $ 17,314 | $ 40,175 | $ (4,893) | $ (22,861) | (56.9)% | $ 45,068 | (921.1)% |

[1] Includes $0.5 million of employer payroll taxes in 2021.
[2] Consists of non-capitalizable transaction cost associated with the Merger.
[3] Consists of legal expenses incurred in connection with non-recurring investor-related matters including stock transfers, sale of founder shares, and warrant exercises.
NM - calculation is not meaningful

The reconciliations of net income to adjusted net income for the year ended December 31, 2021 and 2020 are as follows:

54

4