# EXHIBIT 6

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 8-K

**UNDER**
**THE SECURITIES ACT OF 1933**

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): April 21, 2021**

## FinServ Acquisition Corp.

(Exact name of registrant as specified in its charter)

| Delaware | 001-39116 | 84-2704291 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

**c/o Ellenoff Grossman & Schole LLP**
**1345 Avenue of the Americas**
**New York, New York 10105**
**(Address of principal executive offices, including zip code)**

**(646) 965-8218**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2 below):

☒    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Units, each consisting of one share of Class A Common Stock, and one-half of one Redeemable Warrant | FSRVU | The Nasdaq Stock Market LLC |
| Class A Common Stock, par value $0.0001 per share | FSRV | The Nasdaq Stock Market LLC |
| Redeemable Warrants | FSRVW | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

1

**Item 7.01 Regulation FD Disclosure.**

Attached as Exhibit 99.1 to this Current Report on Form 8-K, and incorporated into this Item 7.01 by reference, is an Analyst Day presentation being used in connection with the proposed business combination between FinServ Acquisition Corp. ("FinServ") and Katapult Holdings, Inc. ("Katapult").

The information in this Item 7.01, including Exhibit 99.1, is being furnished pursuant to Item 7.01 and shall not be deemed to be filed for purposes of Section 18 of the Securities Exchange Act, of 1934, as amended (the "Exchange Act"), or otherwise be subject to the liabilities of that section, nor will it be deemed to be incorporated by reference in any filing under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act. The submission of the information set forth in this Item 7.01 shall not be deemed an admission as to the materiality of any information in this Item 7.01, including the information presented in Exhibit 99.1 and Exhibit 99.2, that is provided solely in connection with Regulation FD.

*Important Information for Investors and Stockholders and Where to Find It*

In connection with the proposed transaction, FinServ has filed a registration statement on Form S-4, including a proxy statement/prospectus (the "Registration Statement"), with the Securities and Exchange Commission (the "SEC"), which includes a preliminary proxy statement to be distributed to holders of FinServ's common stock in connection with FinServ's solicitation of proxies for the vote by FinServ's stockholders with respect to the proposed transaction and other matters as will be described in the Registration Statement, and a prospectus relating to the offer of the securities to be issued to Katapult's stockholders in connection with the proposed transaction. After the Registration Statement has been declared effective, FinServ will mail a definitive proxy statement/prospectus, when available, to its stockholders and Katapult's stockholders. Investors and security holders and other interested parties are urged to read the proxy statement/prospectus, and any amendments thereto and any other documents filed with the SEC when they become available, carefully and in their entirety because they contain important information about FinServ, Katapult and the proposed transaction. Investors and security holders may obtain free copies of the preliminary proxy statement/prospectus and definitive proxy statement/prospectus (when available) and other documents filed with the SEC by FinServ through the website maintained by the SEC at http://www.sec.gov.

*No Offer or Solicitation*

This Current Report on Form 8-K (this "Current Report") does not constitute an offer to sell or a solicitation of an offer to buy, or the solicitation of any vote or approval in any jurisdiction in connection with a proposed potential business combination among Katapult and FinServ or any related transactions, nor shall there be any sale, issuance or transfer of securities in any jurisdiction where, or to any person to whom, such offer, solicitation or sale may be unlawful. Any offering of securities or solicitation of votes regarding the proposed transaction will be made only by means of a proxy statement/prospectus that complies with applicable rules and regulations promulgated under the Securities Act and Exchange Act, or pursuant to an exemption from the Securities Act or in a transaction not subject to the registration requirements of the Securities Act.

*Participants in the Solicitation*

FinServ and Katapult and their respective directors and certain of their respective executive officers and other members of management and employees may be considered participants in the solicitation of proxies with respect to the proposed transaction. Information about the directors and executive officers of FinServ in its Annual Report on Form 10-K, filed with the SEC on March 8, 2021. Additional information regarding the participants in the proxy solicitation and a description of their direct interests, by security holdings or otherwise, will be set forth in the Registration Statement and other relevant materials to be filed with the SEC regarding the proposed transaction. Stockholders, potential investors and other interested persons should read the Registration Statement carefully before making any voting or investment decisions. These documents, when available, can be obtained free of charge from the sources indicated above.

2

*Forward-Looking Statements*

Certain statements included in this Current Report that are not historical facts are forward-looking statements for purposes of the safe harbor provisions under the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward-looking statements include, but are not limited to, statements regarding estimates and forecasts of other financial and performance metrics and projections of market opportunity. These statements are based on various assumptions, whether or not identified in this Current Report, and on the current expectations of Katapult's and FinServ's management and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of Katapult and FinServ. These forward-looking statements are subject to a number of risks and uncertainties, including changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the proposed transaction, including the risk that any required regulatory approvals are not obtained, are delayed or are subject to unanticipated conditions that could adversely affect the combined company or the expected benefits of the proposed transaction or that the approval of the stockholders of FinServ or Katapult is not obtained; failure to realize the anticipated benefits of the proposed transaction; risks relating to the uncertainty of the projected financial information with respect to Katapult; risks related to the concentration of Katapult's business among a relatively small number of merchants; the effects of competition on Katapult's future business; the impact of the COVID-19 pandemic on Katapult's business; the ability of FinServ or the combined company to issue equity or equity-linked securities or obtain debt financing in connection with the proposed transaction or in the future, and those factors discussed in FinServ's final prospectus dated October 31, 2019 and Annual Report on Form 10-K for the fiscal year ended December 31, 2020, in each case, under the heading "Risk Factors," and other documents of FinServ filed, or to be filed, with the SEC. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks that none of FinServ or Katapult presently know or that FinServ or Katapult currently believe are immaterial that could also cause actual results to differ from those contained in the forward-looking statements. In addition, forward-looking statements reflect FinServ's and Katapult's expectations, plans or forecasts of future events and views as of the date of this Current Report. FinServ and Katapult anticipate that subsequent events and developments will cause FinServ's and Katapult's assessments to change. However, while FinServ and Katapult may elect to update these forward-looking statements at some point in the future, FinServ and Katapult specifically disclaim any obligation to do so. These forward-looking statements should not be relied upon as representing FinServ's and Katapult's assessments as of any date subsequent to the date of this Current Report. Accordingly, undue reliance should not be placed upon the forward-looking statements. Certain market data information in this Current Report is based on the estimates of Katapult and FinServ management. Katapult and FinServ obtained the industry, market and competitive position data used throughout this Current Report from internal estimates and research as well as from industry publications and research, surveys and studies conducted by third parties. Katapult and FinServ believe their estimates to be accurate as of the date of this Current Report. However, this information may prove to be inaccurate because of the method by which Katapult or FinServ obtained some of the data for its estimates or because this information cannot always be verified due to the limits on the availability and reliability of raw data, the voluntary nature of the data gathering process.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit Number | Description |
|---|---|
| 99.1 | Analyst Day Presentation, dated April 21, 2021. |

2

3

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**FINSERV ACQUISITION CORP.**

By:    /s/ Lee Einbinder
       Name:    Lee Einbinder
       Title:    Chief Executive Officer

Dated: April 21, 2021

3

4

Exhibit 99.1





# Contents

05  MEET KATAPULT

13  MARKET INSIGHTS

18  THE KATAPULT SOLUTION

28  TECHNOLOGY POWERING KATAPULT

36  GROWTH STRATEGY

41  FINANCIAL PERFORMANCE

47  APPENDIX

6



## DISCLAIMER

This presentation (this "Presentation") is provided for informational purposes only and has been prepared to assist interested parties in making their own evaluation with respect to a potential business combination between Katapult Holdings, Inc. ("Katapult") and FinServ Acquisition Corp. ("FinServ") and related transactions (the "Proposed Business Combination") and for no other purpose.

No representations or warranties, express or implied are given in, or in respect of, this Presentation. To the fullest extent permitted by law in no circumstances will FinServ, Katapult or any of their respective subsidiaries, stockholders, affiliates, representatives, partners, directors, officers, employees, advisers or agents be responsible or liable for any direct, indirect or consequential loss or loss of profit arising from the use of this Presentation, its contents, its omissions, reliance on the information contained within it, or on opinions communicated in relation thereto or otherwise arising in connection therewith. Industry and market data used in this Presentation have been obtained from third-party industry publications and sources as well as from research reports prepared for other purposes. None of FinServ or Katapult has independently verified the data obtained from these sources and cannot assure you of the data's accuracy or completeness. This data is subject to change. In addition, this Presentation does not purport to be all-inclusive or to contain all of the information that may be required to make a full analysis of Katapult or the Proposed Business Combination. Viewers of this Presentation should each make their own evaluation of Katapult and of the relevance and adequacy of the information and should make such other investigations as they deem necessary.

### Forward Looking Statements

Certain statements included in this Presentation that are not historical facts are forward-looking statements for purposes of the safe harbor provisions under the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward-looking statements include, but are not limited to, statements regarding estimates and forecasts of other financial and performance metrics and projections of market opportunity. These statements are based on various assumptions, whether or not identified in this Presentation, and on the current expectations of Katapult's and FinServ's management and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of Katapult and FinServ. These forward-looking statements are subject to a number of risks and uncertainties, including changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the Proposed Business Combination, including the risk that any required regulatory approvals are not obtained, are delayed or are subject to unanticipated conditions that could adversely affect the combined company or the expected benefits of the Proposed Business Combination or that the approval of the stockholders of FinServ or Katapult is not obtained; failure to realize the anticipated benefits of the Proposed Business Combination; risks relating to the uncertainty of the projected financial information with respect to Katapult; risks related to the concentration of Katapult's business among a relatively small number of merchants; the effects of competition on Katapult's future business; the impact of the COVID-19 pandemic on Katapult's business; the ability of FinServ or the combined company to issue equity or equity-linked securities or obtain debt financing in connection with the Proposed Business Combination or in the future, and those factors discussed in FinServ's final prospectus dated October 31, 2019 and Annual Report on Form 10-K for the fiscal year ended December 31, 2019, in each case, under the heading "Risk Factors," and other documents of FinServ filed, or to be filed, with the Securities and Exchange Commission ("SEC"). If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks that none of FinServ or Katapult presently know or that FinServ or Katapult currently believe are immaterial that could also cause actual results to differ from those contained in the forward-looking statements. In addition, forward-looking statements reflect FinServ's and Katapult's expectations, plans or forecasts of future events and views as of the date of this Presentation. FinServ and Katapult anticipate that subsequent events and developments will cause FinServ's and Katapult's assessments to change. However, while FinServ and Katapult may elect to update these forward-looking statements at some point in the future, FinServ and Katapult specifically disclaim any obligation to do so. These forward-looking statements should not be relied upon as representing FinServ's and Katapult's assessments as of any date subsequent to the date of this Presentation. Accordingly, undue reliance should not be placed upon the forward-looking statements. Certain market data information in this Presentation is based on the estimates of Katapult and FinServ management. Katapult and FinServ obtained the industry, market and competitive position data used throughout this Presentation from internal estimates and research as well as from industry publications and research, surveys and studies conducted by third parties. Katapult and FinServ believe their estimates to be accurate as of the date of this Presentation. However, this information may prove to be inaccurate because of the method by which Katapult or FinServ obtained some of the data for its estimates or because this information cannot always be verified due to the limits on the availability and reliability of raw data, the voluntary nature of the data gathering process.

### Use of Projections

This Presentation contains projected financial information with respect to Katapult. Such projected financial information constitutes forward-looking information, and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying such financial forecast information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties. See "Forward-Looking Statements" above. Actual results may differ materially from the results contemplated by the financial forecast information contained in this Presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such forecasts will be achieved.



## DISCLAIMER

**Important Information And Where To Find It**

In connection with the Proposed Business Combination, FinServ intends to file a registration statement on Form S-4, including a proxy statement/prospectus (the "Registration Statement"), with the Securities and Exchange Commission (the "SEC"), which will include a preliminary proxy statement to be distributed to holders of FinServ's common stock in connection with FinServ's solicitation of proxies for the vote by FinServ's stockholders with respect to the Proposed Business Combination and other matters as described in the Registration Statement, and a prospectus relating to the offer of the securities to be issued to Katapult's stockholders in connection with the Proposed Business Combination. After the Registration Statement has been declared effective, FinServ will mail a definitive proxy statement/prospectus, when available, to its stockholders and Katapult's stockholders. Investors and security holders and other interested parties are urged to read the proxy statement/prospectus, and any amendments thereto and any other documents filed with the SEC when they become available, carefully and in their entirety because they contain important information about FinServ, Katapult and the Proposed Business Combination. Investors and security holders may obtain free copies of the preliminary proxy statement/prospectus and definitive proxy statement/prospectus (when available) and other documents filed with the SEC by FinServ through the website maintained by the SEC at http://www.sec.gov.

**No Offer Or Solicitation**

This communication does not constitute an offer to sell or a solicitation of an offer to buy, or the solicitation of any vote or approval in any jurisdiction in connection with a proposed potential business combination among Katapult and FinServ or any related transactions, nor shall there be any sale, issuance or transfer of securities in any jurisdiction where, or to any person to whom, such offer, solicitation or sale may be unlawful. Any offering of securities or solicitation of votes regarding the proposed transaction will be made only by means of a proxy statement/prospectus that complies with applicable rules and regulations promulgated under the Securities Act of 1933, as amended (the "Securities Act") and Securities Exchange Act of 1934, as amended or pursuant to an exemption from the Securities Act or in a transaction not subject to the registration requirements of the Securities Act.

**Participants In The Solicitation**

FinServ and Katapult and their respective directors and certain of their respective executive officers and other members of management and employees may be considered participants in the solicitation of proxies with respect to the Proposed Business Combination. Information about the directors and executive officers of FinServ in its Annual Report on Form 10-K, filed with the SEC on March 27, 2020. Additional information regarding the participants in the proxy solicitation and a description of their direct interests, by security holdings or otherwise, will be set forth in the Registration Statement and other relevant materials to be filed with the SEC regarding the Proposed Business Combination. Stockholders, potential investors and other interested persons should read the Registration Statement carefully before making any voting or investment decisions. These documents, when available, can be obtained free of charge from the sources indicated above.

**Financial Information; Non-GAAP Financial Measures**

The financial information and data contained in this Presentation are unaudited and do not conform to Regulation S-X. Accordingly, such information and data may not be included in, may be adjusted in or may be presented differently in, the Registration Statement or any other document to be filed by FinServ with the SEC. Some of the financial information and data contained in this Presentation, such as earnings before income taxes, depreciation and amortization ("EBITDA"), have not been prepared in accordance with United States generally accepted accounting principles ("GAAP"). FinServ and Katapult believe these non-GAAP measures of financial results provide useful information to management and investors regarding certain financial and business trends relating to Katapult's financial condition and results of operations. Katapult's management uses these non-GAAP measures for trend analyses and for budgeting and planning purposes. FinServ and Katapult believe that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating projected operating results and trends in and in comparing Katapult's financial measures with other similar companies, many of which present similar non-GAAP financial measures to investors. Katapult is not able to forecast net income on a forward-looking basis without unreasonable efforts due to the high variability and difficulty in predicting certain items that affect GAAP, and therefore has not provided a reconciliation for forward-looking EBITDA. Management does not consider these non-GAAP measures in isolation or as an alternative to financial measures determined in accordance with GAAP. The principal limitation of these non-GAAP financial measures is that they exclude significant expenses and income that are required by GAAP to be recorded in Katapult's financial statements. In addition, they are subject to inherent limitations as they reflect the exercise of judgments by management about which expense and income are excluded or included in determining these non-GAAP financial measures. In order to compensate for these limitations, management presents non-GAAP financial measures in connection with GAAP results. You should review Katapult's audited financial statements, which will be included in the Registration Statement.

**Trademarks And Intellectual Property**

All trademarks, service marks, and trade names of Katapult or FinServ or their respective affiliates used herein are trademarks, service marks, or registered trade names of Katapult or FinServ, respectively, as noted herein. Any other product, company names, or logos mentioned herein are the trademarks and/or intellectual property of their respective owners, and their use is not intended to, and does not imply, a relationship with Katapult or FinServ, or an endorsement or sponsorship by or of Katapult or FinServ. Solely for convenience, the trademarks, service marks and trade names referred to in this presentation may appear without the ®, TM or SM symbols, but such references are not intended to indicate, in any way, that Katapult or FinServ will not assert, to the fullest extent under applicable law, their rights or the right of the applicable licensor to these trademarks, service marks and trade names.

/ 4

8





# Presenters



**ORLANDO ZAYAS**

Katapult CEO





**KARISSA CUPITO**

Katapult CFO





**DEREK MEDLIN**

Katapult COO





**ROLANDO DE GRACIA**

Katapult CCO



/ 6

10



Katapult is an e-commerce focused FinTech company offering an innovative lease financing solution to consumers and enabling essential transactions at the merchant point of sale

→ **Consumers** gain access to high quality e-commerce retailers and the ability to obtain the items they need

→ **Merchants** gain access to a new customer base driving material revenue growth

**QUICK FACTS**

 **E-COMMERCE LEADER**
Over 150 online merchants on platform

 **GROWING CONSUMER BASE**
1.5 Million+ Approved

 **ACCELERATED GROWTH**
100%+ revenue growth for 3 consecutive years

 **SOLID PROFITABILITY**
2020 Adj EBITDA of $41M

 **SPEED & CONVENIENCE**
Decisioning in less than 5 seconds

 **CUSTOMER SATISFACTION**
Net Promoter Score Return of +58

/ 7



# Clear and Compelling Value to Consumers

**POWERED BY KATAPULT'S PROPRIETARY END-TO-END TECHNOLOGY PLATFORM**

 Enables the lease-purchase of durable goods

 No credit score required

 Fully-automated approval in <5 seconds

 Digitally native platform, anyone, anywhere access

 Simplified 'click-to-ship' lease process

 Flexible and transparent payment options, no late fees



13







14



# Key Investment Highlights



**Massive, Underserved Addressable Market**

Supported by powerful consumer and retail trends



**Clear And Compelling Value Proposition**

2-sided value proposition to both merchants & consumers



**Proprietary Technology Platform**

Platform provides scalability, operational efficiency and competitive differentiation



**Embedded In E-commerce Ecosystem**

Significant e-commerce merchant and partner penetration



**Proven Management Team**

Experienced leadership team



**Unique Financial Profile**

Attractive financial profile featuring scale, growth & profitability

/ 11

15

# Financial Overview





18



# Market Trends Supporting E-Commerce Growth



We are well positioned in **fast-growing consumer sector** experiencing powerful market shifts

## 56%
of Americans have used a buy now, pay later service, an increase of 48% in less than a year[1]

## 62%
of buy now, pay later users think it could replace their credit cards[2]



**HOME FURNITURE E-COMMERCE**

E-Commerce Sales – $Millions    — % Penetration

'17-'22E CAGR **26%**

| | | | | | |
|---|---|---|---|---|---|
| $154 | $170 | $201 | $397 | $439 | $482 |
| 12% | 12% | 14% | 30% | 31% | 33% |
| 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |



**CONSUMER ELECTRONICS E-COMMERCE**

E-Commerce Sales – $Millions    — % Penetration

'17-'22E CAGR **21%**

| | | | | | |
|---|---|---|---|---|---|
| $99 | $120 | $146 | $231 | $236 | $253 |
| 30% | 33% | 35% | 53% | 52% | 54% |
| 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |



**AUTO PARTS E-COMMERCE**

E-Commerce Sales – $Millions    — % Penetration

'17-'22E CAGR **16%**

| | | | | | |
|---|---|---|---|---|---|
| $50 | $63 | $66 | $75 | $91 | $106 |
| 2% | 3% | 3% | 4% | 5% | 5% |
| 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |

1.  Wall Street equity research, January 2021.
2.  The Ascent, *Study: Buy Now, Pay Later Services Continue Explosive Growth*, March 2021.

/ 16

20



# Providing Solutions to the Next Generation



**KATAPULT LTO ORIGINATIONS BY DEMOGRAPHIC**

GENERATIONS

## Accessing a growing segment…

**42%** of adult consumers in the U.S. are Gen Z & Gen Y

Gen Z and Gen Y use lease-to-own financing not as last resort, **but rather as part of an assortment of flexible financing tools they can access.**

Gen Z consumers will increase their per capita spending by **more than 70% over the next five years**

1.  Year-to-date.
2.  Boston Consulting Group, *How Marketers Can Win with Gen Z and Millennials Post-COVID-19.*

/ 17





# Our proprietary tech solution drives a virtuous cycle of engagement between consumers and merchants

Our platform solves critical consumer pain points and drives higher conversion for merchants.

**We are transforming the way nonprime consumers shop and how merchants access this underserved segment.**



24





## Katapult's tech-powered platform delivers superior pricing to consumers for necessary goods

Note: Katapult offers a lease-to-own solution, not traditional financing or credit; 1. Includes $45 initial fee and 5% fee; 2. Assumes 2.0x multiple on original $639 price and $45 inital fee; 3. Cash price listed on LTO competitor website for comparable refrigerator using Plano, TX as customer location; 4. Cost-to-own price listed on LTO competitor website for comparable refrigerator using Plano, TX as customer location; 5. Assumes credit card balance is paid off; 6. Assumes interest rate of 29.99% and consumer pays minimum monthly payment of 3% until balance paid off.

/ 21

25



26



# Illustrative Pricing Timeline

**EXAMPLE LEASE ORIGINATION**

Katapult

| LEASE ORIGINATION | 90 DAYS | AVG. TIME IN LEASE 7 MONTHS | FULL TERM 12 MONTHS |
|---|---|---|---|

$1,000 Lease

| $45 | $1,095[1] | $1,753[1] | $2,045[1] |
|---|---|---|---|
| **Initial Fee** $45 | **90-Day Buyout** 5% Fee on Lease Amount | **Post 90-Day Buyout** 65% of Remaining Payments | **Paid-in-Full** with 2x Lease Origination Amount |

First 90 Day Buyout Option at 5% of Lease Cost

Early Buyout Options are 65% of Your Remaining Payments

1.   Includes $45 initial fee.                                                        / 23

27





# Differentiated technology and integration capabilities wins merchants

## DIRECT INTEGRATION

→ Off-the-shelf & custom integration options

→ Self-identifying customers easily find their purchasing option

## PLATFORM INTEGRATION

→ Plugins with all leading e-commerce platforms

→ Integrations as fast as 30 minutes for merchants

/ 24

28










Case 1:21-cv-07251-KHP     Document 55-6     Filed 09/23/22     Page 35 of 56





34



## Our proprietary risk model translates to **higher approval rates and higher contribution margin**

### UNDERWRITING INPUTS

| **7** | **~100** | **~2,000** |
|---|---|---|
| Min. User Inputs | Gathered User Attributes | 3rd Party Data Elements |

### SELECTED ATTRIBUTES FOR DECISIONING

→ Lease history

→ Prior payment behavior

→ Behavioral biometrics

→ Shopping behavior

→ Mobile device information

→ Cart information

**Katapult**

### UNDERWRITING PROCESS

→ Sophisticated behavioral learning mitigates credit and fraud risks

→ Behavioral biometrics, device and location recognition

→ <5 seconds approval decision using AI inspired machine learning

→ Proprietary real time performance data and tracking

→ Flexibility and concentration risk mitigation in changing credit environments and economic cycles

/ 31

35





37









# Strategic Growth **Investment Opportunities**



| | SALES & MARKETING | ENTERPRISE SALES | TECHNOLOGY |
|---|---|---|---|
| **Overview** | → Improve our commercial offering to primary lenders and merchants | → Focused on competitive capture of "anchor tenant" enterprise accounts | → Continue to invest in e-commerce platforms and lender integrations |
| | → Optimize customer promotions | → Upfront investments in incentives, rebates, and integration investments offset by material revenue growth | → Continuous improvement of digital and in-store customer experiences |
| | → Enhance marketplace cross-shopping | | → Invest in additional developers and engineers |
| | → Invest in additional capabilities, partnerships, and staffing | → Cash outlays tied to performance targets | |
| **Multi-Year Investment Opportunities** | ~$8–$12 million | ~$5–$10 million | ~$4–$6 million |
| **Potential Benefits** | → Accelerate lease origination volume | → Significant revenue increase from winning large enterprise accounts | → Maintain customer experience competitive advantage |
| | → Build merchant and consumer loyalty | | → Increase target pool of merchants |

/ 38

42











## GENERAL COMMENTARY

→ Our expectations for the financial performance of our business remain unchanged

→ Originations and new merchants coming online are tracking to plan

→ We see an opportunity to accelerate investment in key growth areas of the business, including sales and marketing, business development and technology

## REVENUE COMMENTARY

→ 2020 revenue reflects a reclassification of lease recoveries of $3 million from revenue to bad debt expense

→ If we qualify as a large accelerated filer, our 2021E revenue could be impacted by adoption of ASC 842 that may result in a non-cash income statement reclassification

## ADJUSTED EBITDA COMMENTARY

→ Original EBITDA projections did not contemplate $5 million of incremental D&O insurance premiums, driven by broad-based D&O rate increases for SPAC's

→ SPAC transaction is providing $50 million of incremental capital that was not originally contemplated in projections. We expect to deploy approximately $10 million in 2021 to accelerated growth investments (see slides #38 and #44 for details)

→ 2021E Net Income will be impacted by one-time transaction expenses and other non-cash related items[3]

/ 43

47

# 2021 Growth Investment



## We see a tremendous opportunity to deploy capital in FY 2021 in order to expand our leading market position and accelerate our growth.

→ We are the leader in a **LARGE** addressable market with low penetration

→ Focused on long-term **GROWTH** and revenue acceleration in 2022 and beyond

→ Strategic Investments aimed at **WIDENING OUR MOAT AND DATA ADVANTAGE**

**Liquidity**
→ Liquidity in excess of $100 million
　→ 2020 year-end cash position of $66 million, plus incremental $50 million at closing of SPAC transaction *(not contemplated in our previously disclosed projections)*

**Investment Areas**
→ Incremental capabilities, partnerships, promotions, and staffing in sales & marketing

→ Additional e-commerce platforms and lender integrations

→ Unique customer and merchant offers

**Amount**　~**$10 million in FY 2021**

/ 44

48



# Liquidity Framework and Capital Allocation

## LIQUIDITY[1]

2020 year-end cash position of $66 million

Total committed credit facilities of $175 million with accordion feature for an additional $125 million borrowing capacity

→ First lien asset backed facility of $125 million with $74 million drawn at 12/31/2020

→ Additional accordion feature for an additional $125 million borrowing capacity

→ Term note of $50 million

No incremental leverage expected going forward except for asset backed facility supporting growth in lease portfolio

## CAPITAL ALLOCATION STRATEGY

Continued investment to accelerate growth in the business and working capital requirements

New product and development launches

Incremental acquisition opportunities for complementary capabilities

Excess cash available for reduction of debt and/or capital return to shareholders

[1]    As of 12/31/20.

/ 45

49





# Historical Income Statement

| $Millions | Twelve Months Ended December 31, | | |
| --- | --- | --- | --- |
| | 2018A | 2019A | 2020A |
| **Selected Income Statement** | | | |
| Total Revenue[1] | $43 | $92 | $247 |
| Cost of Revenue | $39 | $71 | $167 |
| Gross Profit | $4 | $21 | $80 |
| Servicing Costs & Underwriting Fees | $2 | $5 | $6 |
| Operating Expenses[2] | $19 | $25 | $36 |
| Income (Loss) from Operations | ($17) | ($9) | $37 |
| Interest Expense & Other[3] | $7 | $9 | $14 |
| Net Income (Loss) | ($24) | ($19) | $23 |

Note: All figures rounded to the nearest million; 1. Revenue includes rental revenue, other fees and service fees; 2. Operating expenses include professional & consulting fees, technology & data analytics costs, bad debt expense and general & administrative expense; 3. Other includes loss on extinguishment of debt, provision for income taxes and other income / fees.

/ 47

51

# Historical Balance Sheet



| $Millions | As Of 12/31/2018 | As Of 12/31/2019 | As Of 12/31/2020 |
|---|---|---|---|
| **Selected Balance Sheet** | | | |
| Cash | $1 | $8 | $66 |
| Restricted Cash | $1 | $5 | $4 |
| Property Held for Sale, Net of Accumulated Depreciation & Impairment | $16 | $35 | $67 |
| Other Assets[1] | $2 | $2 | $3 |
| **Total Assets** | **$21** | **$49** | **$140** |
| Revolving Line of Credit | $20 | $40 | $74 |
| Other Debt | $15 | $23 | $36 |
| Other Liabilities[2] | $7 | $10 | $30 |
| **Total Liabilities** | **$41** | **$73** | **$141** |
| Total Shareholders Equity / Deficit (Including Preferred Shares) | ($20) | ($24) | ($1) |

Note: All figures rounded to the nearest million; 1. Includes accounts receivable, prepaid expenses, other current assets, property & equipment, security deposits and capitalized software & intangible assets;
2. Includes accounts payable, accrued liabilities, unearned revenue and other liabilities.

/ 48

# Katapult's Proven Leadership Team





## ORLANDO ZAYAS

**Chief Executive Officer**

→ Joined Katapult in Sept 2017
→ Past: CEO of TEMPOE & DRB Financial Solutions
→ Executive at General Electric for 15 years

  TEMPOE



## KARISSA CUPITO

**Chief Financial Officer**

→ Joined Katapult in Dec 2017
→ Past: CFO of TEMPOE
→ 10+ years in financial leadership
→ CPA & Masters in Accountancy

  TEMPOE



## DEREK MEDLIN

**Chief Operations Officer**

→ Joined Katapult in Jul 2017
→ Past: Executive Director at J.P. Morgan and Chase
→ 10+ years in operations and strategy





## ROLANDO DE GRACIA

**Chief Commercial Officer**

→ Joined Katapult in Dec 2020
→ Past: Business Development Executive at Alliance Data
→ 15+ years in corporate development





## CHANDAN CHOPRA

**Chief Technology Officer**

→ Joined Katapult in Apr 2018
→ Founder of KlevrLend
→ Past: CTO of Balance Credit and Essential Lending





## FANGQIU SUN

**Chief Credit Officer**

→ Joined Katapult in Oct 2018
→ Past: Executive Director of Strategic Analytics & Risk Management at J.P. Morgan
→ VP of Credit Risk Management & Decision Science at CNG Holdings, Inc.

JPMORGAN CHASE & CO.    CNG HOLDINGS

citibank

/ 49

53

# Katapult's Board of Directors





## ORLANDO ZAYAS

**Chief Executive Officer**

→ Joined Katapult in Sept 2017
→ Past: CEO of TEMPOE & DRB Financial Solutions
→ Executive at General Electric for 15 years

  



## BRIAN HIRSCH

**Director**

→ Co-founder & Managing Partner of Tribeca Venture Partners
→ Past: Founder & Managing Director of the venture arm of Greenhill & Co (NYSE: GHL)

 



## GENE LOCKHART

**Director**

→ Chairman & Managing Partner of MissionOG
→ Past: President & CEO of MasterCard International

  



## DON GAYHARDT

**Director**

→ President & CEO of Curo
→ 25+ years of experience in short-term credit with a history of completing large acquisitions and complex financial transactions

 



## BRUCE K. TARAGIN

**Director**

→ Managing director at Blumberg Capital
→ Past: Co-founded and held senior management positions within several technology companies

/ 50

54

55

