# EXHIBIT 15

  



# Affirm's new platform integrates multiple pay-over-time options

**Christina Melas-Kyriazi**
Group Product Manager
christinaphili5

**NOVEMBER 11, 2019**

Affirm Connect lets you integrate additional providers to capture even more high-intent shoppers on your site

As customer acquisition costs rise, e-commerce businesses must seize every chance to convert new shoppers into buyers. Guiding a shopper to pay over time with Affirm can do the trick. But what if that person doesn't qualify?

The last thing you want is to see shoppers exit your sales funnel to buy from a competitor or visit another site for financing.

1

That's why we created Affirm Connect. It's a platform that enables you to integrate additional pay-over-time providers to capture even more of these high-intent shoppers on your website.

## Seamless shopper experience prevents flight risk

For the introductory phase of Affirm Connect, we've integrated Katapult, a lease-to-own payment option, so that customers who aren't approved by Affirm can get a secondary way to pay.

Through a single, lightweight application at checkout, shoppers get evaluated by both providers in a seamless experience. If customers are denied financing with Affirm, they automatically get considered by Katapult. If qualified, they're approved and notified in real time, all within the same flow.

Affirm Connect gives shoppers a single way to access the payment option that's right for them—and another reason to complete their purchases on your site.

## Benefits include lower customer acquisition costs

Eliminating friction in the checkout flow benefits your bottom line by preventing the loss of high-intent shoppers who want to buy today. As more of them get approved for credit while on your site, sales conversion rates can rise while customer acquisition costs fall.

Your Affirm Connect integration gets you the full waterfall solution. We do all the work of integrating the financing providers, so you only have to deal with one integration for all your current and future financing needs.

Affirm Connect offers a next-generation solution for acquiring high-intent shoppers as they move through checkout at your e-commerce site. Visit our site to learn more about how the platform can deliver these benefits for your business.

   

2



**CONSUMERS**                                                                                            ⌄

**BUSINESSES**                                                                                           ⌄

**ABOUT AFFIRM**                                                                                         ⌄

🇺🇸  **United States**                                                                                    ⌄

Payment options through Affirm are provided by these lending partners: affirm.com/lenders. Your rate will be 0% APR or 10–36% APR based on credit, and is subject to an eligibility check. Affirm Pay-in-4 payment option is 0% APR. Options depend on your purchase amount, may vary by merchant, and may not be available in all states. A down payment may be required. For example, a $800 purchase could be split into 12 monthly payments of $72.21 at 15% APR, or 4 interest-free payments of $200 every 2 weeks. Affirm savings accounts are held with Cross River Bank, Member FDIC. California residents: Affirm Loan Services, LLC is licensed by the Department of Financial Protection and Innovation. Loans are made or arranged pursuant to California Financing Law

3

license 60DBO-111681. Debit+ Banking Services are provided by Evolve Bank & Trust, Member FDIC, issuer of the Affirm Debit+ Visa® Debit Card pursuant to a license from Visa U.S.A. Inc. Debit+ is not available to residents of New Mexico or U.S. territories. Affirm, Inc., NMLS ID 1883087. Affirm Loan Services, LLC, NMLS ID 1479506. For licenses and disclosures, see affirm.com/licenses.

Privacy    Do not sell my info    Terms    Licenses

© Affirm, Inc. All Rights Reserved.

license 60DBO-111681. Debit+ Banking Services are provided by Evolve Bank & Trust, Member FDIC, issuer of the Affirm Debit+ Visa® Debit Card pursuant to a license from Visa U.S.A. Inc. Debit+ is not available to residents of New Mexico or U.S. territories. Affirm, Inc., NMLS ID 1883087. Affirm Loan Services, LLC, NMLS ID 1479506. For licenses and disclosures, see affirm.com/licenses.

4