# EXHIBIT 16

Seeking Alpha<sup>α</sup>

Long Ideas

# Katapult: Blistering Growth And Profits On Sale In A Huge, Untapped Market

Jun. 09, 2021 11:15 AM ET | **FinServ Acquisition Corp. (FSRV)**, **KPLT** | AFRM, AFTPY, AFTPF | 25 Comments | 11 Likes

 **Silver Fox**
156 Followers

## Summary

Katapult is merging with Finserv Acquisition SPAC and slated to trade under new Katapult ticker within days. The PIPE is led by Tiger Global.

They are the market share leader in huge underpenetrated market of Buy Now, Pay Later e-commerce financing for non-prime consumers.

Stock is trading at roughly half the multiples of competitors despite Katapult growing faster and being EBITDA positive, unlike competitors.

Near-term catalysts: trading under Katapult ticker, q2 earnings report, sell-side initiations, and also increased trading volume.



shulz/E+ via Getty Images

## Executive Summary

Recommendation: We recommend FSRV with a 12/31/22 price target of $21, reflecting 55% upside to the current share price of $14.

Business Overview: Katapult Group, Inc. ("Katapult" or "the Company") provides eCommerce lease financing solutions for durable goods to non-prime consumers, frequently called "Buy Now, Pay Later". Katapult has grown revenues by over 100% for the past three years while still being EBITDA positive, which is rare among public fintech companies.

Summary Thesis: Katapult is an overlooked, GARP investment opportunity. The Company has just begun penetrating the massive, durable goods for non-prime consumers eCommerce market. Katapult has leadership in its market which it is defending with strong competitive advantages stemming from its proprietary technology, strategic partnerships, networks of consumers and merchants, and declining cost of capital. At its current share price of $14, FSRV trades at 17x 2021 GP, which is a significant discount to its closest peers (49x for Affirm (AFRM) and 30x for Afterpay (OTCPK:AFTPF) (OTCPK:AFTPY), despite Katapult growing faster (triple digits) and already being EBITDA positive (roughly 15% margin).

2

What the Market is Missing & Catalysts: The lack of sell-side coverage and small-cap status has led to FSRV being overlooked by most public investors. In addition, many other investors are unable to invest due to the stock's illiquidity, which should change post de-SPACing. Katapult's B2B2C model (which does not necessitate as much marketing spend as a B2C business) and low cash needs to date ($36mm in total venture financing) have led to FSRV flying under the radar of the venture community. There is limited information available on the business to date besides an investor presentation, S-4 filing, and proxy statement. FSRV was part of the broader SPAC sell-off in Q1, which led to the share price declining from a peak of nearly $20 in February to $14 today. We have identified several potential catalysts, including sell-side initiation and continued strong performance, expanded upon in Catalysts below, that should attract investor attention and interest.

## Transaction Summary

In December 2020, FinServ Acquisition Corp. ("FinServ" or "FSRV"), a SPAC formed with the aim of acquiring or merging with a business bringing innovation to the financial services industry, agreed to buy Katapult. The deal is expected to close by the end of Q2 2021 following a June 7 special shareholders meeting, after which Katapult will be a publicly-traded company under the ticker KPLT. Tiger Global and Neuberger Berman will lead a $150mm PIPE investment as part of the transaction. Upon closing, Katapult will have roughly $101mm of cash. Given the deal is structured as a SPAC investment as opposed to an IPO or direct listing, management was able to publish high-level financial forecasts through 2023 which are in the deck describing the deal published with the SEC in 12/20.

## Katapult Overview

Business History: Katapult was founded in 2012, initially intending to provide consumer finance underwriting analytics to banks and other consumer lenders. Over time, the founders recognized the inherent difficulties in white labeling its algorithms to third parties and therefore pivoted to a) leveraging their technology directly i.e. a loan origination model and b) focusing on online, non-prime lending. In 2017, current CEO Orlando Zayas took over. The business is headquartered in New York, NY and has ~110 employees.

3

Solution: Katapult provides a flexible and transparent lease-to-own solution for online purchases whereby consumers pay a $45 origination fee followed by either 12-24 months of lease payments, at the end of which the consumer owns the good, or an early purchase at 90 days, which enables the consumer to buy the good at a discount to the original price. The average order value for goods leased through Katapult is ~$600 with an average lease multiple of ~2.0x cash price. The Company's solution is well-liked by consumers; its Net Promoter Score of 58 is strong for a financial service and Katapult has a 4.4 rating on Trust Pilot.

Lending Operations: Technically, Katapult does not make loans to its consumers but rather provides lease purchase agreements. Therefore, Katapult does not need to partner with an origination bank. Katapult has a $250mm line of credit agreement and $50mm term loan with Atalaya Capital Management (a credit hedge fund), at which Katapult borrows at a cost of capital of ~8%. Presently, Katapult bears full repayment risk. The Company may in the future pursue securitizing the loans to get the risk off its balance sheet and further lower its cost of capital, as Affirm has done.

Technology: Katapult has developed a proprietary risk model that requires only a few fields of information from consumers in order to provide nearly instant (<1 minute vs. status quo of 20+ minutes) decisions. The model continuously improves over time leveraging machine learning. In addition, Katapult has purpose-built connections with various eCommerce enablement platforms such as Shopify (NYSE:SHOP) and WooCommerce that enable merchants to integrate Katapult seamlessly into eCommerce websites as a payment option.

4

Business Model: Katapult leverages a B2B2C model whereby it does not directly market to consumers (only ~0.1% of revenue was spent on direct marketing in 2020) but rather partners with eCommerce merchants (including Wayfair (NYSE:W), Lenovo (OTCPK:LNVGY), Purple (NASDAQ:PRPL), etc.) who then integrate Katapult into their website as a purchase option or within a "waterfall" of lenders. Consumers then provide their information to Katapult, which in turn makes an immediate credit approval decision. As of 12/31/2020, 1.6mm consumers have purchased goods through Katapult. 48% of purchases have been done by repeat customers. Katapult has an arrangement with Affirm through Affirm Connect where consumers that Affirm rejects (generally those with <620 FICO scores) are automatically routed to Katapult for approval. In exchange, Affirm receives a referral fee for each successful consumer application. To date, 50 out of Katapult's 150 merchants have come through the Affirm Connect partnership. These 50 merchants represent less than 1% of Affirm's 6500+ merchants and only 6% of the 900 Affirm merchants Katapult believes are a good fit. Katapult is also a partner of Shopify, an eCommerce enablement platform with annual GMV of over $120bn across its 1mm+ merchant users.

## Value Proposition

Consumers: non-prime consumers without a credit score get access to financing at rates that are lower than traditional lease-to-own solutions in a clear, transparent, and frictionless experience. Consumers get access to high-quality e-commerce companies. In addition, Katapult promises consumers no late fees ever. Simpler and faster user experience compared to legacy options.

Merchants: E-commerce companies gain access to consumers they otherwise would not be able to sell to without bearing any credit risk and thereby increase revenues. Katapult is fast and that increases conversion rates. Merchants that integrate Katapult as a payment option see higher AOV and repeat rates. In addition, the credit card networks are disintermediated (most Katapult customers link their Katapult payment to a checking account or a debit card), which in turn lessens the blow of the 3-5% merchant discount rate Katapult charges.

*Market Opportunity*

Existing Market: 38% of US consumers are non-prime or underserved, or roughly 125 million consumers. According to Katapult, the market for durable goods sold to non-prime consumers online in the US is $40-50bn, implying Katapult's ~$300mm in originations is <1% penetrated against the opportunity. eCommerce in the durable goods category is growing from $180bn in 2020 to $300bn in 2023, reflecting a CAGR of 19%. Affirm is originating approximately $8bn on a run rate basis. Even assuming 30% as large a total market as Affirm (based on Katapult's 60% approval rate and non-prime consumers making up ~38% of US consumers), Katapult is roughly 1/8 as penetrated against its market opportunity as Affirm, suggesting it should remain in hyper-growth mode for a longer period. As a payment category, BNPL penetration was <1% in North America (Source: Worldpay 2020 Global Payment Report) as of 2019. Conservatively, assuming 5% penetration by 2030 supports ~22% average annual category growth through 2030.

International Expansion: Currently, Katapult solely offers its products in the US. Near-term international expansion opportunities include markets in which Affirm and Shopify already operate including Canada (5% of the size of the US eCommerce market), UK (20%), Australia, and New Zealand. On a combined basis, entering these four markets would approximately 1.3x Katapult's TAM.

Consumer Durable Adjacencies: Katapult currently primarily finances consumer durables, namely furniture, appliances, and electronics. Over time, Katapult may be able to leverage its underwriting capabilities and technology partnerships to develop solutions catering to adjacencies such as apparel and used cars.

*Secular Trends*

COVID-19 Fallout: Coming out of COVID-19, in which unemployment peaked at 15%, many consumers that otherwise maintained strong financial health were forced to run up credit card balances and default on obligations. This in turn has created a large class of otherwise creditworthy consumers that lack access to credit cards and other forms of consumer financing, as they would not clear a normal credit approval process. Katapult's machine learning-based underwriting model enables the Company to profitably serve this otherwise overlooked population.

eCommerce: US consumers continue to move purchase online, with eCommerce sales growing 15% in 2019 and 44% in 2020. Despite the massive acceleration in eCommerce caused by COVID-19, online sales currently make up ~21% of total retail sales in the US (vs. ~45% in China) therefore significant runway remains for eCommerce to penetrate before reaching maturity.

Machine Learning: Most consumer finance businesses rely on either legacy underwriting models or FICO/VantageScore scores for consumer credit approvals. Machine learning enables superior underwriting especially for use cases in which data is inconsistent, such as lending to non-prime consumers with limited application data.

*Competitors*

Katapult generally competes with other businesses that provide access to consumer financing at the POS, but Katapult is currently the only non-prime POS lease financing platform solely focused on e-commerce:

Legacy hard goods retailers like Rent-A-Center (NASDAQ:RCII) and Aaron's (NYSE:AAN) that offer lease financing to non-prime consumers. These companies are growing slowly and obviously not as convenient as e-commerce.

Credit Cards: While Katapult tangentially competes with Credit Cards, credit card issuers generally offer much higher APRs to discourage consumers from carrying a balance, therefore, credit card financing is not suited for longer-duration purchases. In addition, many of Katapult's consumers would not be eligible for credit cards due to poor credit scores or limited financial histories.

POS Financing: Traditional point of sale financing businesses such as CURO (NYSE:CURO) and Synchrony (NYSE:SYF) focus on in-person purchases and have not built out the capability to provide financing decisions in seconds, which is table stakes for eCommerce transactions. CURO Group, which provides financial services to underbanked consumers, led a 2017 venture round and now owns ~40% of Katapult (~22% post-deal). Acima is another competitor recently purchased by Rent-A-Center.

7

Buy Now Pay Later ("BNPL"): The three major BNPL providers (Afterpay, Affirm, and Klarna (KLAR)) focus on prime consumers. Katapult's referral partnership with Affirm demonstrates the distinction between the two markets. Sezzle (ASX:SZL) also serves non-consumers but focuses on the apparel vertical, which necessitates shorter duration terms and therefore a different revenue model than the consumer durables vertical in which Katapult operates.

*Competitive Advantages*

Katapult's business model has several deep moats:

Data Asset: To date, Katapult has 5+ years of transaction history of 500k+ lease-to-own transactions. Each transaction provides feedback that improves Katapult's underwriting algorithm, thus leading to lower default rates for Katapult and more competitive rates for the consumers it approves. In addition, Katapult boasts an already strong 3% charge-off rate (i.e. losses due to fraud), which would be difficult for a competitor with less transaction history to replicate, as evidenced by Katapult beginning with more normal charge-off rates of 5-8% (per Tegus report).

Consumer Network: Over 1.6mm consumers have transacted on Katapult. The network effect here includes a) that Katapult provides a low friction payment path for existing customers and b) Katapult has a large base of approved, non-prime consumers to which it can extend credit.

Merchant Network: Merchants choose BNPL providers based on both approval rates and response times. Katapult can offer both due to its more accurate underwriting algorithms.

Technology Partners: From Affirm and Shopify's perspective, Katapult is the largest and most dependable player in the non-prime BNPL space and can provide referral revenue while also boosting the value-add for their merchant customers in the form of customer conversion. Katapult's high approval rates and competitive loan rates make it the superior partner for Affirm, Shopify, and other potential strategic partners.

Cost of Capital: Over time, as Katapult has borne out the superiority of its underwriting strategy and its place in the market, it has been able to find lenders willing to lend at lower and lower rates. It currently borrows at ~8% interest, down ~1000 BPS from the ~18% it paid in 2016. As Katapult's book of business grows, we anticipate them to securitize more and more of its loans, thus further lowering its cost of capital. This in turn will enable Katapult to price its loans even more competitively.

Regulatory Considerations: Katapult's agreements with consumers are classified as lease purchase agreements, therefore, Katapult is regulated as a lessor. As consumer lessors, they are required to provide consumers with various disclosure and lease information in a consistent format. Katapult operates solely in the United States so far, specifically operating in 46 states (besides MN, NJ, WI, & WY). In the U.S., consumer leasing is within the purview of the Consumer Finance Protection Bureau.

Management: Katapult's current CEO is Orlando Zayas. Orlando has combined 7 years of experience running a leasing business (4 with Katapult, 3 years as CEO of a consumer leasing business). He has worked together with current CFO Karissa Cupito for 5 years, including several years working together at TEMPOE. CTO Chandan Chopra has served at Katapult for over 3 years and has 4 prior years of FinTech CTO positions. Combined, Mr. Zayas, Ms. Cupito, and others will own ~6mm shares post-deal (assuming no redemptions), which equates to ~6% ownership.

# Financial Analysis

See Appendix A: Base Case Financial Performance and Outlook

Accounting Analysis: 99% of Katapult's revenue is rental revenue recognized ratably over the lease term. As Katapult is technically leasing goods to its consumer customers purchase, it recognizes the goods it leases as property on its balance sheet and then depreciates that property over the course of the lease term. That depreciation is treated as a cost of revenue.

Historical Performance: Katapult has had a strong performance, growing revenues by over 100% year over year for the past three years, scaling to nearly $250mm in annual revenue in less than a decade. In addition, the Company has managed to do so in a capital-efficient manner, having raised only $36mm of venture financing. In FY2020, originations grew 119%, revenue grew 169%, and EBIT margins hit 15%.

Management's Published Projections as of 12/20: As mentioned above, because Katapult is merging with a SPAC, management published a set of projections in their initial deck to discuss the merger. While management has since lowered their EBITDA projections for 2021 a bit, the numbers show how fast the company expects to grow and its current profitability. Keep in mind management issued projections that were "beatable".

FY21 & Beyond Outlook: While management's forecast is achievable and even conservative in certain ways (namely, we believe they can beat on merchant adds), we built a highly conservative base case based on a) achievement of management's target merchant adds, b) reversion to the mean effect in Wayfair originations growth (which grew 172% in 2020 vs. Wayfair revenue growth of 55%), c) marginal variable margin expansions, and d) slightly lower overhead growth than management's projections. This base case still leads to revenue and EBIT 2020-23 CAGRs of 36% and 51% respectively.

## Valuation & Returns Analysis

Relative Valuation: The best comp group for Katapult is other BNPL Providers. To normalize for revenue recognition differences, the best valuation metric to compare Katapult to this sector is EV/Gross Profit. On that basis, the group trades at 27x 2021 GP vs. Katapult's present valuation of 17x, reflecting a 65% discount. This discount is in spite of Katapult's higher growth (169% in 2020 vs. median of 136%) and profitability (15% EBIT margins in 2020 vs. (31%) for peers). Other relevant comparables include eCommerce Payment Processors (21x forward GP) and the Card Networks (20x 2021 GP).

Discounted Return: Forecasting the business through 2022 and assuming the business trades at 25x forward EBIT, we derive a 12/31/22 target price of $21 which discounted back to the present at a 12% cost of capital supports a share price of $18.

## Catalysts

Sell-Side Coverage Initiation: After the June 7 shareholder meeting and the stock starts trading as KPLT a few days later, we suspect sell-side analysts will initiate research on the stock and pitch the stock to their clients.

Increased Liquidity: Post-deal, the float should increase from approximately 26mm shares to 50mm shares, which increases trading volume and should make the stock more attractive to institutional investors.

Afterpay or Klarna Partnership: While there have been no indications that such partnerships are in the works, we believe that Afterpay and Klarna are similarly incentivized as Affirm to derive economics from the non-prime space without entering it directly. Therefore, we speculate that the two firms may be in discussion with Katapult for a similar arrangement as Affirm has. Within the US, Afterpay is approximately the same size as Affirm (on a GMV basis) while Klarna is approximately 2/3 the size, therefore, either partnership could be the source of dozens of merchant customer adds and hundreds of thousands of consumer customers per year.

Walmart Partnership: They are rumored to be working on a Walmart (NYSE:WMT) partnership. Walmart is the largest retailer in the US and is trying hard to grow their e-commerce business.

Continued Growth & Performance: Upon finalizing the SPAC deal, the Company will report quarterly financial results. In particular, we believe the market will look at merchant adds and origination volume growth as leading indicators of growth. In Q1 of 2021, Katapult onboarded 26 new merchants, putting it on pace to add over 100 merchants in 2021 vs. guidance of 50 adds.

Strategic Sale: Acquisitions of strategic technology assets are usually done at significant premia to public valuations. Logical acquirers include Affirm, PayPal, and Shopify.

Securitization Deal Announcement: As mentioned above, Katapult has successfully lowered its cost of borrowing. However, it is still well north of Affirm, which securitizes its loans and borrows at annual costs as low as 1%. Should Katapult achieve the scale necessary to begin securitizing, the announcement of such a deal would likely greatly help the stock.

## Key Risks

Wayfair Dependency: 72% of Katapult's originations came through Wayfair in 2020, up from 58% in 2019 (with the proportional increase largely due to the effect of a partial year in 2019). That risk is offset a bit by the fact that Wayfair is growing at roughly 50% annually. Katapult is adding merchants at a rapid pace which will decrease dependency on Wayfair.

Amazon Competition: Amazon (NASDAQ:AMZN) is a risk both because it could compete directly (i.e. begin offering financing to its non-prime customers) as well as because it already competes indirectly (by competing with Katapult's customers). At the same time, Amazon may make sense as a partner, should Amazon deem non-prime consumer lending an unattractive area to pursue directly.

Affirm: Affirm referrals make up ~1/3 of Katapult's merchant base. Over time, Affirm may be interested in ultimately entering the non-prime space or otherwise diverting traffic from Katapult to other non-prime lenders. In addition, should Affirm's origination volumes decline, Katapult's would decline as well. Similarly, the Street may anticipate reductions in Affirm's growth forecasts as omens of Katapult reducing its own forecasts.

Diminishing COVID-19 Effects: Overall, COVID-19 had a positive effect on Katapult's operations as it greatly increased online commerce activity. In addition, COVID-19, in particular, led to "stay-at-home" purchases, which largely overlaps with consumer durables. However, with the US vaccine rollout (50% of US residents have received at least one dose as of 5/31/21) leading to a decline in COVID-19 cases, there may be a reversion to pre-pandemic consumer purchasing behavior.

Recession: NOT a risk. Demand will increase in a recession.

Rising interest rates: The Federal Reserve raising interest rates may affect the company negatively, though management says it will only affect the debt on their balance sheet.

# Appendices

Primary Research Sources

Bloomberg; FSRV filings, press releases & websites; Crunchbase; Tegus Reports, conversations with mgmt, and VCs.

Appendix A: Base Case Financial Performance and Outlook

| $s in Millions | Actual | | | Estimate | | | CAGR |
|---|---|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2020-2023 |
| Merchants | NA | 78 | 150 | 200 | 275 | 350 | 32.6% |
| Originations | $49.2 | $87.7 | $192.1 | $287.6 | $386.4 | $487.2 | 36.4% |
| YoY Originations Growth % | | 78.3% | 119.2% | 49.7% | 34.4% | 26.1% | |
| Revenue | $43.1 | $91.9 | $247.2 | $369.6 | $496.7 | $626.2 | 36.3% |
| YoY Revenue Growth % | | 112.9% | 169.1% | 49.5% | 34.4% | 26.1% | |
| Adjusted Gross Profit[1] | ($2.6) | $6.0 | $57.3 | $84.1 | $118.0 | $155.0 | 39.3% |
| Adj. Gross Profit Margin % | (5.9%) | 6.5% | 23.2% | 22.8% | 23.8% | 24.8% | |
| Other Operating Expenses[2] | $14.3 | $15.4 | $20.4 | $22.0 | $24.7 | $26.8 | 9.6% |
| EBIT | ($16.9) | ($9.4) | $36.9 | $62.1 | $93.3 | $128.2 | 51.4% |
| EBIT Margin % | (39.1%) | (10.2%) | 14.9% | 16.8% | 18.8% | 20.5% | |
| Net Income | ($23.5) | ($18.8) | $22.4 | $35.0 | $57.4 | $82.5 | 54.4% |

[1] Adj. Gross Profit is Revenue less variable costs including Cost of Revenue, Servicing, Underwriting and Bad Debt
[2] Other Operating Expenses includes Prof. & Cons. Fees, Technology & Data Analytics, and General & Admin.

## Appendix B: Public Comparables

$s in Millions, financial figures for CY

| Ticker | Company | Market Cap. | EV | Revenue 2019 | Revenue 2020 | Revenue 2021 | GP 2019 | GP 2020 | GP 2021 | EBIT 2019 | EBIT 2020 | EBIT 2021 | Revenue Growth % 2020 | Revenue Growth % 2021 | GP % 2019 | GP % 2020 | EBIT Margin % 2019 | EBIT Margin % 2020 | EBIT Margin % 2021 | EV / Revenue 2020 | EV / Revenue 2021 | EV / Gross Profit 2020 | EV / Gross Profit 2021 | EV / EBIT 2020 | EV / EBIT 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FSRV | Katapult Inc. | $1,364 | $1,390 | $92 | $247 | $370 | $6 | $57 | $84 | ($9) | $37 | $62 | 169.1% | 49.5% | 6.5% | 23.2% | (10.2%) | 14.9% | 16.8% | 5.6x | 3.8x | 24.3x | 16.5x | 37.7x | 22.4x |
| **Buy Now Pay Later Providers** | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASX:APT | Afterpay Limited | $20,681 | $20,411 | $219 | $518 | $956 | $156 | $372 | $687 | ($23) | $22 | $86 | 136.4% | 84.8% | 71.4% | 71.8% | (10.5%) | 4.3% | 9.0% | 39.4x | 21.3x | 54.9x | 29.7x | NM | NM |
| AFRM | Affirm Holdings, Inc. | $17,295 | $17,785 | $0 | $670 | $984 | $0 | $248 | $365 | $0 | ($102) | ($366) | NA | 46.9% | NA | 37.1% | NA | (15.3%) | (37.2%) | 26.6x | 18.1x | 71.6x | 48.7x | NM | NM |
| ASX:Z1P | Zip Co Limited | $2,990 | $4,087 | $83 | $191 | $386 | $29 | $82 | $165 | ($22) | ($104) | ($62) | 131.2% | 102.1% | 35.4% | 42.7% | (26.8%) | (54.5%) | (16.2%) | 21.4x | 10.6x | 50.0x | 24.8x | NM | NM |
| ASX:SZL | Sezzle Inc. | $1,145 | $1,102 | $16 | $59 | $123 | $8 | $36 | $76 | ($11) | ($28) | ($25) | 272.1% | 109.5% | 51.5% | 61.7% | (71.2%) | (47.5%) | (20.0%) | 18.7x | 8.9x | 30.3x | 14.5x | NM | NM |
| Median | | $10,142 | $10,936 | $49 | $354 | $671 | $19 | $165 | $265 | ($17) | ($65) | ($44) | 136.4% | 93.4% | 51.5% | 52.2% | (26.8%) | (31.4%) | (18.1%) | 24.0x | 14.3x | 52.5x | 27.2x | NA | NA |
| Mean | | $10,528 | $10,846 | $79 | $359 | $612 | $48 | $185 | $323 | ($14) | ($53) | ($92) | 179.9% | 85.8% | 52.8% | 53.3% | (36.2%) | (28.2%) | (16.1%) | 26.5x | 14.7x | 51.7x | 29.4x | NA | NA |
| **eCommerce Payment Processors** | | | | | | | | | | | | | | | | | | | | | | | | | |
| PYPL | PayPal Holdings, Inc. | $307,978 | $304,605 | $17,772 | $21,454 | $25,815 | $7,987 | $10,001 | $12,034 | $2,797 | $3,428 | $6,771 | 20.7% | 20.3% | 44.9% | 46.6% | 15.7% | 16.0% | 26.2% | 14.2x | 11.8x | 30.5x | 25.3x | 88.9x | 45.0x |
| ADYEN | Adyen N.V. | $69,091 | $65,893 | $2,361 | $4,454 | $462 | $616 | NA | $330 | $457 | $682 | 49.4% | NA | 15.5% | 13.8% | 11.1% | 10.3% | NA | 14.8x | NA | 107.0x | NA | NM | 96.6x |
| GPN | Global Payments Inc. | $57,862 | $66,138 | $4,912 | $7,424 | $7,615 | $2,895 | $3,881 | $3,961 | $1,047 | $1,213 | $3,207 | 51.1% | 2.6% | 58.9% | 52.3% | 21.3% | 16.3% | 42.1% | 8.9x | 8.7x | 17.0x | 16.6x | 54.5x | 20.6x |
| STNE | StoneCo Ltd. | $20,443 | $19,585 | $594 | $612 | $1,080 | $488 | $467 | $823 | $313 | $265 | $0 | 3.0% | 76.4% | 82.1% | 76.2% | 52.7% | 43.2% | 0.0% | 32.0x | 18.1x | 42.0x | 23.8x | 74.0x | NA |
| PAGS | PagSeguro Digital Ltd. | $16,746 | $16,447 | $1,388 | $1,287 | $1,903 | $701 | $561 | $829 | $454 | $338 | $470 | (7.3%) | 47.8% | 50.5% | 43.6% | 32.7% | 26.3% | 24.7% | 12.8x | 8.6x | 29.3x | 19.8x | 48.7x | 35.0x |
| RPAY | Repay Holdings Corporation | $1,823 | $1,913 | $105 | $155 | $216 | $79 | $114 | $158 | ($10) | ($30) | ($11) | 48.2% | 39.2% | 75.3% | 73.3% | (9.2%) | (19.6%) | (4.9%) | 12.3x | 8.9x | 16.8x | 12.1x | NM | NM |
| Median | | $39,153 | $42,739 | $2,185 | $2,871 | $1,903 | $595 | $589 | $829 | $392 | $398 | $576 | 34.5% | 39.2% | 54.7% | 49.4% | 18.5% | 16.2% | 24.7% | 13.5x | 8.9x | 29.9x | 19.8x | 64.3x | 40.0x |
| Mean | | $78,991 | $79,097 | $4,625 | $5,898 | $7,326 | $2,102 | $2,607 | $3,565 | $822 | $945 | $1,853 | 27.5% | 37.3% | 54.5% | 51.0% | 20.7% | 15.4% | 17.6% | 15.8x | 11.2x | 40.4x | 19.5x | 66.5x | 49.3x |
| **Card Networks** | | | | | | | | | | | | | | | | | | | | | | | | | |
| V | Visa Inc. | $489,817 | $495,586 | $23,525 | $21,479 | $24,624 | $22,796 | $20,760 | $23,800 | $15,730 | $13,954 | $15,985 | (8.7%) | 14.6% | 96.9% | 96.7% | 66.9% | 65.0% | 64.9% | 23.1x | 20.1x | 29.9x | 20.8x | 35.5x | 31.0x |
| MA | Mastercard Incorporated | $363,566 | $369,295 | $16,883 | $15,301 | $18,398 | $16,883 | $15,301 | $18,398 | $9,667 | $8,162 | $9,876 | (9.4%) | 20.2% | 100.0% | 100.0% | 57.3% | 53.3% | 53.7% | 24.1x | 20.1x | 24.1x | 20.1x | 45.2x | 37.4x |
| Median | | $426,692 | $432,441 | $20,204 | $18,390 | $21,511 | $19,840 | $18,031 | $21,099 | $12,699 | $11,058 | $12,930 | (9.0%) | 17.4% | 98.5% | 98.3% | 62.1% | 59.2% | 59.3% | 23.6x | 20.1x | 24.0x | 20.4x | 40.4x | 34.2x |
| Mean | | $426,692 | $432,441 | $20,204 | $18,390 | $21,511 | $19,840 | $18,031 | $21,099 | $12,699 | $11,058 | $12,930 | (9.0%) | 17.4% | 98.5% | 98.3% | 62.1% | 59.2% | 59.3% | 23.6x | 20.1x | 24.0x | 20.4x | 40.4x | 34.2x |
| **Subprime Lending Businesses** | | | | | | | | | | | | | | | | | | | | | | | | | |
| CACC | Credit Acceptance Corporation | $7,820 | $7,820 | $1,216 | $920 | $1,837 | $1,186 | $883 | $1,761 | NA | NA | $1,203 | (24.3%) | 99.6% | 97.5% | 95.9% | NA | NA | 65.5% | 8.5x | 4.3x | 8.9x | 4.4x | NA | 6.5x |
| PRG | PROG Holdings, Inc. | $3,534 | $3,461 | $2,163 | $2,485 | $2,771 | $718 | $794 | $885 | $356 | $420 | $350 | 14.9% | 11.5% | 33.2% | 31.9% | 16.5% | 16.9% | 12.6% | 1.4x | 1.2x | 4.4x | 3.9x | 8.2x | 9.9x |
| FCFS | FirstCash, Inc. | $3,348 | $4,104 | $1,864 | $1,631 | $1,615 | $1,018 | $911 | $902 | $259 | $196 | $197 | (12.5%) | (1.0%) | 54.6% | 55.9% | 13.9% | 12.0% | 12.2% | 2.5x | 2.5x | 4.5x | 4.6x | 20.9x | 20.8x |
| WRLD | World Acceptance Corporation | $1,009 | $1,490 | $584 | $541 | $526 | $406 | $428 | $416 | $77 | $107 | $117 | (7.3%) | (2.8%) | 69.5% | 79.1% | 13.1% | 19.7% | 22.2% | 2.8x | 2.6x | 3.5x | 3.6x | 13.9x | 12.8x |
| CURO | CURO Group Holdings Corp. | $735 | $1,719 | $1,142 | $847 | $854 | $901 | $642 | $647 | $221 | $151 | $180 | (25.8%) | 0.8% | 78.9% | 75.7% | 19.4% | 17.9% | 21.1% | 2.0x | 2.0x | 2.7x | 2.7x | 11.4x | 9.5x |
| Median | | $3,348 | $3,461 | $1,216 | $920 | $1,615 | $901 | $794 | $885 | $240 | $174 | $197 | (12.5%) | 0.8% | 69.5% | 75.7% | 15.2% | 17.4% | 21.1% | 2.5x | 2.5x | 4.4x | 3.9x | 12.7x | 9.9x |
| Mean | | $3,289 | $3,719 | $1,394 | $1,285 | $1,521 | $846 | $731 | $922 | $228 | $219 | $409 | (11.0%) | 21.6% | 66.7% | 67.7% | 15.7% | 16.6% | 26.7% | 3.4x | 2.6x | 4.8x | 3.8x | 13.6x | 11.9x |

Note: Data as of 06/02/21; EV / EBIT multiples deemed NM if negative or if over 100.0x

This article was written by



**Silver Fox**
156 Followers

Private investor focused on growth investments in tech

Follow

**Disclosure:** I am/we are long FSRV. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it. I have no business relationship with any company whose stock is mentioned in this article.