UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINA MCINTOSH, *et al.*,

Plaintiffs,

-v-

KATAPULT HOLDINGS, INC. *et al.*,

Defendants.

21-CV-7251 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Pursuant to section 3.D.ii of this Court's Individual Rules and Practices in Civil Cases,
Plaintiffs gave notice of their intent to file an amended complaint in response to Defendants'
motion to dismiss.  Plaintiffs have correctly interpreted this Court's Individual Rules.  Plaintiffs
may file an amended complaint, provided that any amended complaint shall be filed on or before
November 4, 2022.

The issues raised in Defendants' October 4, 2022 sealed letter regarding the
confidentiality of information stemming from the parallel Delaware proceeding, *Saunders v. Lee
Einbinder, et al.*, C.A. No. 2022-0755-PAF (Del. Ch.), and whether the use of such information
implicates the PSLRA stay of discovery, may be addressed in separate letters or motions.  In the
interim, any such information contained in Plaintiffs' amended complaint shall be redacted when
placed on the public record, with unredacted filings submitted to the Court according to section
2.C of this Court's Individual Rules.

SO ORDERED.

Dated: October 13, 2022
       New York, New York

J. PAUL OETKEN
United States District Judge