UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GINA McINTOSH, MATIS NAYMAN and FELIPE DE CASTRO LUNA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KATAPULT HOLDINGS, INC., LEE EINBINDER, HOWARD KURZ, ORLANDO ZAYAS, KARISSA CUPITO, and DEREK MEDLIN, <br><br> Defendants. | Case No. 1:21-cv-07251-JPO |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS
## THE SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Brian M. French and the exhibits attached thereto, Defendants Katapult Holdings, Inc., Lee Einbinder, Howard Kurz, Orlando Zayas, Karissa Cupito, and Derek Medlin will move this Court, before the Honorable J. Paul Oetken, at a date and time to be determined by the Court, for an order dismissing with prejudice the Second Amended Complaint for Violations of the Federal Securities Laws (ECF No. 59). Defendants move for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) and for failure to meet the pleading requirements of Federal Rule of Civil Procedure 9(b) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the briefing schedule set by the Court (ECF No. 61), Plaintiffs' opposition brief shall be filed on or before March 6, 2023, and Defendants' reply shall be filed on or before April 11, 2023.

Dated: January 9, 2023                Respectfully submitted,

COOLEY LLP

<u>/s/ Aric H. Wu</u>
Aric H. Wu
Brian M. French
55 Hudson Yards, 44th Floor
New York, NY 10001
Tel: (212) 479-6000
Fax: (212) 479-6275
ahwu@cooley.com
bfrench@cooley.com

Koji F. Fukumura (*pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121
Tel: (858) 550-6000
Fax: (858) 550-6420
kfukumura@cooley.com

*Attorneys for Defendants Katapult Holdings, Inc., Lee Einbinder, Howard Kurz, Orlando Zayas, Karissa Cupito, and Derek Medlin*