

**MATTHEW M. GUINEY, ESQ.**
DIRECT DIAL: 212-545-4761
FACSIMILE: 212-545-4653
guiney@whafh.com

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 1820
SAN DIEGO, CA 92101
619-239-4599

70 WEST MADISON STREET
SUITE 1400
CHICAGO, IL 60603
312-984-0000

May 21, 2024

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

**Re:**    *McIntosh v. Katapult Holdings, Inc. et. al.*, **Case No. 1:21-cv-07251-AS**

Your Honor:

The parties jointly submit this letter-motion to request that the Court vacate all litigation deadlines and conferences and stay proceedings pending the parties' documentation of a settlement. The parties executed a settlement term sheet on May 20, 2024, and are now working on fully documenting the settlement. Plaintiffs expect to file a motion for preliminary approval by June 25, 2024.

Respectfully submitted,

/s/ Matthew M. Guiney
Matthew M. Guiney
WOLF HALDENSTEIN

*Attorneys for Plaintiffs*

/s/ Aric H. Wu
Aric H. Wu
COOLEY LLP

*Attorneys for Defendants Katapult Holdings, Inc.,
Lee Einbinder, Howard Kurz, and Orlando Zayas*

cc: All counsel of record (by ECF)