**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GINA McINTOSH, Individually and On Behalf
of All Others Similarly Situated,

                    Plaintiff,

          vs.

KATAPULT HOLDINGS, INC., LEE
EINBINDER, HOWARD KURZ, ORLANDO
ZAYAS, KARISSA CUPITO and DEREK
MEDLIN

                    Defendants.

Case No. 1:21-cv-07251-JPO

**DECLARATION OF MATTHEW M. GUINEY**
**IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Matthew M. Guiney, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner of the law firm of Wolf Haldenstein Adler Freeman and Herz LLP, court-appointed Lead Counsel for Lead Plaintiff Mattis Nayman ("Lead Plaintiff") and additional plaintiff Felipe de Castro Luna (collectively, "Plaintiffs") and the proposed Settlement Class. I am admitted to practice before this Court. I respectfully submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters testified to herein.

2.      I hereby certify that I conferred with counsel for Katapult Holdings, Inc., which includes the company formerly known as FinServ Acquisition Corp. (together, "Katapult" or the

"Company"), as well as Lee Einbinder, Howard Kurz, Orlando Zayas, Karissa Cupito and Derek Medlin (collectively, the "Individual Defendants"; together, with Katapult, the "Defendants"), regarding the relief requested in the Motion. This Motion is unopposed.

3.    Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated July 3, 2024 ("Stipulation"). The exhibits to the Stipulation are as follows:

**Exhibit A**: [Proposed] Order Preliminarily Approving Settlement and Providing For

   Notice;

**Exhibit A-1**: Notice of Pendency and Proposed Settlement of Class Action;

**Exhibit A-2**: Proof of Claim and Release;

**Exhibit A-3**: Summary Notice; and

**Exhibit B**: [Proposed] Final Judgment and Order of Dismissal with Prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of July 2024,
at New York, New York.

By: /s/__Matthew M. Guiney_____
        Matthew M. Guiney