# EXHIBIT A-3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GINA McINTOSH, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-07251 (AS) |
| Plaintiff, | |
| vs. | |
| KATAPULT HOLDINGS, INC., LEE EINBINDER, HOWARD KURZ, ORLANDO ZAYAS, KARISSA CUPITO and DEREK MEDLIN | **SUMMARY NOTICE** |
| Defendants. | **EXHIBIT A-3** |

*Katapult Securities Litigation*
**c/o JND Legal Administration**
PO Box 91340
Seattle, WA 98111

**Toll-Free Number: 844-552-0057**
**Email: info@Katapult-FinServSecuritiesLitigation.com**
**Website: www.Katapult-FinServSecuritiesLitigation.com**

*IF YOU (I) PURCHASED OR OTHERWISE ACQUIRED KATAPULT SECURITIES BETWEEN JUNE 15, 2021 AND AUGUST 9, 2021 (BOTH DATES INCLUSIVE) AND/OR (II) BENEFICIALLY OWNED AND/OR HELD COMMON STOCK OF FINSERV AS OF MAY 11, 2021 AND WERE ELIGIBLE TO VOTE AT FINSERV'S JUNE 7, 2021 SPECIAL MEETING (THE "SETTLEMENT CLASS").*

PLEASE READ THIS NOTICE CAREFULLY.  YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and by Order of the United States District Court for the Southern District of New York, that in the above-captioned litigation (the "Action"), a Settlement has been proposed for a total of $2,500,000 in total settlement value—with $1,775,000 paid in cash and the remainder paid in either shares of freely-tradeable Katapult common stock or additional cash.  A hearing will be held on _____, 202__, at __:__ _.m., before the Honorable Katharine H. Parker, at the United States District Court, Southern District of New York, Courtroom 17D, 500 Pearl Street, New York, NY 10007, or remotely per details that will be made publicly available on the Settlement website www.Katapult-FinServSecuritiesLitigation.com, for the purpose of determining whether: (1) the proposed Settlement should be approved by the Court as fair, reasonable and adequate; (2) the proposed Plan of Allocation for distribution of the Settlement proceeds is fair, reasonable and adequate and therefore should be approved; and (3) the application of Plaintiffs' Lead Counsel for the payment of attorneys' fees and expenses from the Settlement Fund, including interest earned thereon, should be approved.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS DESCRIBED ABOVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE LITIGATION, AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND**.  If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and a copy of the Proof of Claim, you may obtain a copy of these documents by contacting the

Claims Administrator: JND Legal Administration, PO Box 91340, Seattle, WA 98111.  You may also obtain copies of the Stipulation of Settlement, Notice and Proof of Claim at www.Katapult-FinServSecuritiesLitigation.com.

If you are a Settlement Class Member, to be eligible to share in the distribution of the Settlement Fund, you must submit a Proof of Claim by mail postmarked no later than _____, 202__, or submit it online by that date.  If you are a Settlement Class Member and do not submit a valid Proof of Claim, you will not be eligible to share in the distribution of the Settlement Fund, but you will still be bound by any judgment entered by the Court in this Action (including the releases provided for therein).

To exclude yourself from the Settlement Class, you must mail a written request for exclusion so that it is received by _____, 202__, in accordance with the instructions set forth in the Notice.  If you are a Settlement Class Member and do not exclude yourself from the Settlement Class, you will be bound by any judgment entered by the Court in this Action (including the releases provided for therein) whether or not you submit a Proof of Claim.  If you submit a written request for exclusion, you will have no right to recover money pursuant to the Settlement.

Any objection to the proposed Settlement, the Plan of Allocation of Settlement proceeds, or the fee and expense application must be filed with the Court no later than _____, 202__.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**  If you have any questions about the Settlement, or your eligibility to participate in the Settlement, you may contact Lead Counsel at the following address or by calling (212) 545-4600:

- 3 -

Matthew M. Guiney, Esq.
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600
guiney@whafh.com


DATED: _____          BY ORDER OF THE COURT
                                 UNITED STATES DISTRICT COURT
                                 SOUTHERN DISTRICT OF NEW YORK