

**MATTHEW M. GUINEY, ESQ.**
DIRECT DIAL: 212-545-4761
FACSIMILE: 212-545-4653
guiney@whafh.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/30/2024__
```

July 29, 2024

Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl St., Room 750
New York, NY 10007-1312

**Re:**   *McIntosh v. Katapult Holdings, Inc. et. al.*, **Case No. 1:21-cv-07251-AS**

Your Honor:

Plaintiffs respectfully submit this unopposed letter-motion to request an advancement of the final approval hearing in the above-captioned action.  Specifically, on July 25, 2024, Your Honor preliminarily approved the settlement and scheduled a final approval hearing for January 23, 2025.  Dkt. No. 103.  Plaintiffs respectfully request (and Defendants do not oppose) that the Court schedule final approval for any day during the first two weeks of December 2024.  Advancing the final approval hearing will allow the claims administrator to notify the class while not delaying the final approval hearing date.  See generally Dkt. No. 100 at p. 25.

Respectfully submitted,

*/s/ Matthew M. Guiney*
Matthew M. Guiney
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

*Attorneys for Plaintiffs*

cc: All counsel of record (by ECF)

The final approval hearing scheduled for January 25, 2025 is hereby rescheduled to December 13, 2024 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007

**SO ORDERED:**

*Katharine H. Parker*                7/30/2024
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE