UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GINA McINTOSH, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KATAPULT HOLDINGS, INC., LEE EINBINDER, HOWARD KURZ, ORLANDO ZAYAS, KARISSA CUPITO and DEREK MEDLIN<br>　　　　　　　Defendants. | Case No. 1:21-cv-07251-KHP |

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION
AND CERTIFICATION OF CLASS**

　　PLEASE TAKE NOTICE that on December 13, 2024, at 10:00 a.m., or as soon thereafter as the parties can be heard, Plaintiffs will and hereby do move the Court, the Honorable Katharine H. Parker, for a final approval of the proposed class action settlement. This motion is based upon this notice of motion and motion, the accompanying memorandum of law and the accompanying Declaration of Matthew M. Guiney in support of the motion.

Dated: November 8, 2024　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**WOLF HALDENSTEIN ADLER
　　　　　　　　　　　　　　　　　FREEMAN & HERZ LLP**

　　　　　　　　　　　　　　　　　/s/  *Matthew M. Guiney*
　　　　　　　　　　　　　　　　　Matthew M. Guiney
　　　　　　　　　　　　　　　　　270 Madison Avenue
　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　Telephone: (212) 545-4600
　　　　　　　　　　　　　　　　　Facsimile: (212) 686-0114
　　　　　　　　　　　　　　　　　guiney@whafh.com

　　　　　　　　　　　　　　　　　*Lead Counsel for Plaintiffs and the Class*

Brian Schall
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel*