**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

GINA McINTOSH, Individually and On
Behalf of All Others Similarly Situated,

        Plaintiff,

    vs.

KATAPULT HOLDINGS, INC., LEE
EINBINDER, HOWARD KURZ, ORLANDO
ZAYAS, KARISSA CUPITO and DEREK
MEDLIN

        Defendants.

Case No. 1:21-cv-07251-KHP

---

**NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES,**
**REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARDS TO PLAINTIFFS**

PLEASE TAKE NOTICE that on December 13, 2024, at 10:00 a.m., or as soon thereafter as the parties can be heard, Plaintiffs will and hereby do move the Court, the Honorable Katharine H. Parker, for an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs. This motion is based upon this notice of motion and motion, the accompanying memorandum of law and the accompanying Declaration of Matthew M. Guiney in support of the motion.

Dated: November 8, 2024        Respectfully submitted,

                    **WOLF HALDENSTEIN ADLER**
                    **FREEMAN & HERZ LLP**

                    /s/  *Matthew M. Guiney*
                    Matthew M. Guiney
                    270 Madison Avenue
                    New York, New York 10016
                    Telephone: (212) 545-4600
                    Facsimile: (212) 686-0114
                    guiney@whafh.com

                    *Lead Counsel for Plaintiffs and the Class*

Brian Schall
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel*