# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GINA McINTOSH, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> KATAPULT HOLDINGS, INC., LEE EINBINDER, HOWARD KURZ, ORLANDO ZAYAS, KARISSA CUPITO and DEREK MEDLIN, <br><br> Defendants. | Case No. 1:21-cv-07251 (AS) |

**DECLARATION OF ADDITIONAL PLAINTIFF FELIPE DE CASTRO LUNA IN SUPPORT OF MOTION FOR FINAL APPROVAL OF THE SETTLEMENT, AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES, AND REIMBURSEMENT OF TIME FOR LEAD PLAINTIFF**

I, Felipe de Castro Luna hereby declare, under the penalty of perjury, as follows:

1.      I am one of the plaintiffs in this action. I reside in Miami, Florida.

2.      I submit this declaration in support of the final approval of the proposed Settlement, an award of Lead Counsel's attorneys' fees and reimbursement of expenses (as set forth in the memorandum of law in support of the motion for attorneys' fees and expenses), and an award of $2,000 to reimburse me for the time I spent representing the Class and assisting Lead Counsel in achieving the Settlement for the Class. The statements contained herein are based upon my personal knowledge and upon information made available to me in my official capacity.

**A.      Background**

3.      I am an electrical engineer.  I have more than 24 years of investing experience.

4.      Prior to moving for appointment as lead plaintiff in the above-captioned lawsuit, I contacted The Schall Law Firm to discuss my legal rights and options under the U.S. federal securities laws to recover the losses I suffered from investments in Katapult securities.

5.      I moved for appointment as lead plaintiff on October 26, 2021.  Several other shareholders also moved.  Matis Naymen was appointed as the lead plaintiff on May 26, 2022. I was added to the Amended Complaint filed July 29, 2022 as an additional plaintiff to support Class Member claims during the class period. The Schall Law Firm was added as additional counsel at this time.

6.      During the class period I purchased shares of Katapult common stock and suffered substantial losses as a result of the misstatements and omissions during the Class Period that are alleged in this case. For that reason, I was highly motivated to work with Lead Counsel to see that the recovery was maximized for my client and all Class members.

**B.      The Litigation of the Action**

7.      I carefully monitored and was involved in the prosecution of the Action and supervised the activities of counsel on behalf of the Class. Among other things, I: (i) reviewed the amended complaint and opposition to Defendants' motion to dismiss; (ii) communicated with counsel regarding developments in the Action; (iii) participated in settlement negotiations; and (iv) reviewed and approved the terms of the Settlement.

**C.  Settlement Discussions**

8.      I believe I am well-positioned and qualified to evaluate the reasonableness and adequacy of the Settlement in this Action.

9.      On February 22, 2024, after many months of settlement discussions, the parties reached an agreement in principle to settle the Action.

10.      Based on my involvement in this Action, I strongly endorse the Settlement and believe it provides a very good result for the Class.

**D.      The Plan of Allocation**

11.      Based on the explanation of the analysis of the proposed Plan of Allocation completed by Lead Counsel's retained financial consultant in the Action, I endorse the proposed Plan of Allocation. I understand from my communications with counsel that the Plan of Allocation represents a fair and reasonable method for valuing claims submitted by members of the Class, and for distributing the Net Settlement Fund to members of the Class who submit valid and timely Claim Forms.

**E.      Lead Counsel's Fee and Expense Application**

12.      As one of the named plaintiffs in this action, I take seriously my role to ensure that the attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate

Lead Counsel for the work involved and substantial risks they undertook in litigating the Action on a fully contingency-fee basis.

13. I endorse the application for attorneys' fees of 33 1/3% of the Settlement.

14. I understand that this fee payment, if approved by the Court, will cover all other Plaintiffs' Counsel who contributed to the prosecution of the Action at the direction of Lead Counsel. I believe that such approval is warranted as the payment represents a fair and reasonable fee to Plaintiffs' Counsel for their efforts in assisting with the prosecution of the Action.

15. I also believe that the litigation expenses being requested for reimbursement were necessary for the prosecution and successful resolution of the Action. Therefore, I also endorse the application by Plaintiffs' Counsel for the reimbursement of their litigation expenses.

**F.     Lead Plaintiff's PSLRA Reimbursement Application**

16. I personally spent at least 10 hours representing the Class, including by: (i) gathering relevant documents for my motion to be appointed as lead plaintiff: (ii) reviewing the amended complaint and opposition to Defendants' motion to dismiss; (iii) communicating regularly with counsel regarding developments in the Action; (iv) participating in settlement negotiations; and (v) reviewing and approving the Settlement. My normal hourly rate is at least $200.00. Thus, the value of my time spent on this case is at least $2,000.

17. In light of the work I performed in the fulfillment of my fiduciary obligations to the Class, I believe that my requested reimbursement of $2,000 is fair and reasonable and warrants this Court's approval.

## CONCLUSION

18.     Accordingly, I respectfully request that the Court approve the Settlement, the Fee and Expense Application, and the requested reimbursement for the time I spent on this case and helping to achieve this settlement.

19.     I, Felipe de Castro Luna, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true.


Executed this day of 10/31/2024 _____

DocuSigned by:

_____
6E2EE8FDABFF49A...
Felipe de Castro Luna

4