# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GINA McINTOSH, Individually and On Behalf of All Others Similarly Situated,

Case No. 1:21-cv-07251 (AS)

Plaintiffs,

v.

KATAPULT HOLDINGS, INC., LEE EINBINDER, HOWARD KURZ, ORLANDO ZAYAS, KARISSA CUPITO and DEREK MEDLIN,

Defendants.


**DECLARATION OF LEAD PLAINTIFF MATIS NAYMAN**
**IN SUPPORT OF MOTION FOR FINAL APPROVAL OF THE SETTLEMENT, AN**
**AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES, AND**
**REIMBURSEMENT OF TIME FOR LEAD PLAINTIFF**

I, Matis Nayman hereby declare, under the penalty of perjury, as follows:

1.    I am the Court appointed lead plaintiff in this action. I reside in Lawrence, NY.

2.    I submit this declaration in support of the final approval of the proposed Settlement, an award of Lead Counsel's attorneys' fees and reimbursement of expenses (as set forth in the memorandum of law in support of the motion for attorneys' fees and expenses), and an award of $8,000 to reimburse me for the time I spent representing the Class and assisting Lead Counsel in achieving the Settlement for the Class. The statements contained herein are based upon my personal knowledge and upon information made available to me in my official capacity.

**A.    Background**

3.    I have more than 30 years of investing experience.

4.    Prior to moving for appointment as lead plaintiff in the above-captioned lawsuit, I contacted Wolf Haldenstein to discuss my legal rights and options under the U.S. federal securities laws to recover the losses I suffered from investments in Katapult securities.

5.    I moved for appointment as lead plaintiff on October 26, 2021.  Several other shareholders also moved.

6.    The Court appointed me as lead plaintiff on May 26, 2022.

7.    During the class period I purchased shares of FinServ common stock and suffered substantial losses as a result of the misstatements and omissions during the Class Period that are alleged in this case. For that reason, I was highly motivated to work with Lead Counsel to see that the recovery was maximized for my client and all Class members.

**B.    The Litigation of the Action**

8.    I carefully monitored and was involved in the prosecution of the Action and supervised the activities of counsel on behalf of the Class. Among other things, I: (i) reviewed the

amended complaint and opposition to Defendants' motion to dismiss; (ii) communicated with counsel regarding developments in the Action; (iii) participated in settlement negotiations; and (iv) reviewed and approved the terms of the Settlement.

9.    No major decisions were made by Lead Counsel in this case without my approval, including the decision to enter the Settlement.

## C.  Settlement Discussions

10.    I believe I am well-positioned and qualified to evaluate the reasonableness and adequacy of the Settlement in this Action.

11.    On February 22, 2024, after many months of settlement discussions, the parties reached an agreement in principle to settle the Action. I approved this agreement and authorized Lead Counsel to enter the Settlement.

12.    Based on my involvement in this Action, I strongly endorse the Settlement and believe it provides a very good result for the Class.

## D.    The Plan of Allocation

13.    Based on the explanation of the analysis of the proposed Plan of Allocation completed by Lead Counsel's retained financial consultant in the Action, I endorse the proposed Plan of Allocation. I understand from my communications with Wolf Haldenstein that the Plan of Allocation represents a fair and reasonable method for valuing claims submitted by members of the Class, and for distributing the Net Settlement Fund to members of the Class who submit valid and timely Claim Forms.

## E.    Lead Counsel's Fee and Expense Application

14.    As a Lead Plaintiff, I take seriously my role to ensure that the attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate Lead Counsel for the

work involved and substantial risks they undertook in litigating the Action on a fully contingency-fee basis.

15.     I endorse the application for attorneys' fees of 33 1/3% of the Settlement.

16.     I understand that this fee payment, if approved by the Court, will cover all other Plaintiffs' Counsel who contributed to the prosecution of the Action at the direction of Lead Counsel. I believe that such approval is warranted as the payment represents a fair and reasonable fee to Plaintiffs' Counsel for their efforts in assisting with the prosecution of the Action.

17.     I also believe that the litigation expenses being requested for reimbursement were necessary for the prosecution and successful resolution of the Action. Therefore, I also endorse the application by Plaintiffs' Counsel for the reimbursement of their litigation expenses.

**F.     Lead Plaintiff's PSLRA Reimbursement Application**

18.     I personally spent at least 100 hours representing the Class, including by: (i) gathering relevant documents for my motion to be appointed as lead plaintiff: (ii) reviewing the amended complaint and opposition to Defendants' motion to dismiss; (iii) communicating regularly with counsel regarding strategy and developments in the Action; (iv) participating in settlement negotiations; and (v) reviewing and approving the Settlement. My normal hourly rate is at least $1800. Thus, the value of my time spent on this case is at least $180,000.

19.     In light of the work I performed in the fulfillment of my fiduciary obligations to the Class, I believe that my requested reimbursement of $8,000 is fair and reasonable and warrants this Court's approval.

**CONCLUSION**

3

20.     Accordingly, I respectfully request that the Court approve the Settlement, the Fee and Expense Application, and the requested reimbursement for the time I spent on this case and helping to achieve this settlement.

21.     I, Matis Nayman, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true.

Executed this 4 day of November, 2024

_____
Matis Nayman

4