**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GINA McINTOSH, Individually and On
Behalf of All Others Similarly Situated,

        Plaintiff,

    vs.

KATAPULT HOLDINGS, INC., LEE
EINBINDER, HOWARD KURZ, ORLANDO
ZAYAS, KARISSA CUPITO and DEREK
MEDLIN

        Defendants.

Case No. 1:21-cv-07251-KHP

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF LEAD
PLAINTIFF'S MOTION FOR (I) FINAL APPROVAL OF SETTLEMENT,
PLAN OF ALLOCATION AND CERTIFICATION OF CLASS; AND (II)
AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF
EXPENSES AND REIMBURSEMENT OF TIME FOR LEAD PLAINTIFF**

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Matthew M. Guiney
Kate M. McGuire
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
guiney@whafh.com

*Lead Counsel for Plaintiffs and the Class*

December 6, 2024

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Lead Plaintiff Matis Nayman and additional plaintiff Felipe de Castro Luna (collectively, "Plaintiffs"), on behalf of themselves and the Class, respectfully submit this reply memorandum in further support of their motion for (i) final approval of the proposed settlement ("Settlement"), plan of allocation, and certification of the Class as set forth in the Stipulation of Settlement dated July 3, 2024 (the "Stipulation") and (ii) for an award of fees and expenses (the "Motions").

## ARGUMENT

For the reasons articulated in the Motions, the Court should grant final approval of the proposed Settlement and approve the requested attorneys' fees and reimbursement of expenses, and reimbursement of time for Lead Plaintiff. *See* ECF Nos. 106-110.

Final approval is further warranted because the period of time to object to the Motions has expired, and no Class Member (or other person or entity) has raised any objection to the Motions. The absence of any objection to any aspect of the Motions demonstrates the Class's resounding support for final approval.

Moreover, there is not a single request for exclusion from the Settlement – the same as when Lead Plaintiff moved for final approval. *See SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING: (A) MAILING OF THE NOTICE; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED*, attached as Exhibit A to the Supplemental Declaration of Matthew M. Guiney filed contemporaneously with this memorandum of law.

The lack of any objection to the Motions, and the fact that not a single Class Member requested exclusion from the Settlement, strongly supports the fairness of the Settlement, the fee

and expense request, and the request to reimburse Lead Plaintiff for its time litigating this case and achieving this Settlement.

## CONCLUSION

For the reasons detailed above and previously set forth in the Motions, Lead Plaintiff and Lead Counsel request that the Court: (i) grant final approval of the Settlement; (ii) approve the Plan of Allocation; (iii) grant final certification of the Class for settlement purposes; and (iv) enter the Judgment in the form attached to the Guiney Declaration at Exhibit B.

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s/ Matthew M. Guiney
Matthew M. Guiney
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
guiney@whafh.com

*Lead Counsel for Plaintiffs and the Class*

Brian Schall
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


                 /s/ Matthew M. Guiney