**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GINA McINTOSH, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>KATAPULT HOLDINGS, INC., LEE EINBINDER, HOWARD KURZ, ORLANDO ZAYAS, KARISSA CUPITO and DEREK MEDLIN<br><br>        Defendants. | Case No. 1:21-cv-07251-KHP |

**SUPPLEMENTAL DECLARATION OF MATTHEW M. GUINEY IN FURTHER SUPPORT OF (I) MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND CERTIFICATION OF CLASS; AND (II) MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND REIMBURSEMENT OF TIME TO LEAD PLAINTIFF**

I, Matthew M. Guiney, hereby declare as follows:

1. I am a member of the New York Bar in good standing and am appearing in this case *pro hac vice*. I am a partner at Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"). My firm was appointed Lead Counsel in this Action for Lead Plaintiff Matis Nayman ("Lead Plaintiff"), additional plaintiff Felipe de Castro Luna (collectively, "Plaintiffs"), and the proposed class. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto.

2. I respectfully submit this Declaration pursuant to Rule 23 of the Federal Rules of Civil Procedure in support of Plaintiffs': (1) Motion for Final Approval of Settlement, Plan of Allocation and Certification of the Class; and (2) Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, and Reimbursement of Time to Lead Plaintiff.

1

3.    Attached hereto as Exhibit A is the SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM AND (B) REPORT ON REQUESTS FOR EXCLUSION AND CLAIM FORMS RECEIVED.

4.    Attached hereto as Exhibit B is an updated [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on December 6, 2024.


By:    */s/ Matthew M. Guiney*

MATTHEW M. GUINEY