# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GINA McINTOSH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KATAPULT HOLDINGS, INC., LEE EINBINDER, HOWARD KURZ, ORLANDO ZAYAS, KARISSA CUPITO and DEREK MEDLIN<br><br>Defendants. | Case No. 1:21-cv-07251 (AS) |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING:**
**(A) MAILING OF THE NOTICE AND CLAIM FORM AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND CLAIM FORMS RECEIVED**

I, LUIGGY SEGURA, hereby declare under penalty of perjury as follows:

1.    I am the Vice President of Securities Operations at JND Legal Administration ("JND").  Pursuant to the Court's July 24, 2024 Order Preliminarily Approving Settlement and Provision of Notice (ECF No. 103) (the "Preliminary Approval Order"), JND was appointed to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action (the "Action").[1]  I submit this Declaration as a supplement to my earlier declaration, the Declaration of Luiggy Segura Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated November 4, 2024 (ECF No. 110-1) (the "Initial Mailing

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, Compromise, and Release, dated July 3, 2024 (Doc. 101-1) (the "Stipulation").

Declaration"). I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

### CONTINUED MAILING OF THE NOTICE PACKET

2. Since the execution of the Initial Mailing Declaration, JND has continued to disseminate copies of the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and the Proof of Claim and Release Form (the "Claim Form") (collectively, the Notice and Claim Form are referred to as the "Notice Packet") in response to additional requests from potential Settlement Class Members and nominees. As of the date of this Declaration, JND has mailed a total of 12,733 Notice Packets to potential Settlement Class Members and nominees.

### TELEPHONE HELPLINE AND WEBSITE

3. JND continues to maintain the toll-free telephone helpline (1-844-552-0057) and interactive voice response system to accommodate inquiries from Settlement Class Members. JND also continues to maintain the dedicated website for the Action (www.Katapult-FinServSecuritiesLitigation.com) in order to assist Settlement Class Members. JND will continue to maintain and, as appropriate, update the Settlement website and toll-free telephone helpline until the conclusion of this administration.

### REPORT ON REQUESTS FOR EXCLUSION RECEIVED

4. The Notice informed potential members of the Settlement Class that requests for exclusion from the Settlement Class were to be sent to the Claims Administrator so that they are received no later than November 22, 2024. The Notice also sets forth the information that must

be included in each request for exclusion. As of the date of this Declaration, JND has received no requests for exclusion.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed this 2nd day of December 2024, at New Hyde Park, New York.

_____
LUIGGY SEGURA